

**ORIGINAL**

FILED-USDC-NDTX-DA
'23 DEC 7 PM12:15
CK

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| JASON STANFORD,<br>Plaintiff, | §<br>§<br>§ |
| v. | §    CIVIL ACTION NO. |
| TBC RETAIL GROUP, INC., d/b/a<br>NATIONAL TIRE AND BATTERY<br>MAVIS TIRE EXPRESS SERVICES CORP,<br>Defendants | §    **3 - 2 3 C V 2 6 9 4 - L**<br>§<br>§<br>§<br>§<br>§ |

## FEDERAL TRADE COMMISSION ACT - § 5, UNIFORM DECEPTIVE TRADE PRACTICES ACT

COMES NOW, Plaintiff Jason Stanford, and makes his complaint against these joint and severed

defendants for their violation of the Texas Business and Commerce Code § 17.46(13)(22) and 12 US

Code Section 5531

### PARTIES

1.    PLAINTIFF Jason Stanford d/b/a Rollin' Smoke at the Attache is a resident of the State of Texas.

Plaintiff's current address is 700 Walnut Ridge Rd #F3044, Irving, (Dallas County) Texas 75038.

Plaintiff's address at the time of the issue complained in this action was 5756 Jillian Way, Grand Prairie,

(Tarrant County) Texas 75052.

2.    Respondent TBC Retail Group d/b/a National Tire and Battery is Limited Liability Corporation

registered in the State of Florida, and has a location address of 4260 Design Center Dr., Palm Beach

Gardens, Florida 33410..

3.      Respondent Mavis Tire Express is a C- Corporation registered in the State o of new York and may be served by its registered agent Corporation Service Company d/b/a CSC Lawyers Incorporated Service Company at 211 E. 7th. Street, Suite 620, Austin, Texas 78701.

## JURISDICTION AND VENUE

4.      Pursuant to 28 U.S.C. § 1332(a), this Court has diversity subject matter jurisdiction of these parties and the actions that compose these claims.

5.      Venue is proper in this district pursuant to under 28 USC § 1391(a) (2), because certain of the transactions, acts, practices and courses of conduct constituting violations of federal trade and commerce laws occurred within this district.

## CHRONOLOGICAl TIMELINE OF INDISPUTABLE MATTER OF FACTUAL EVIDENCE

6. As a general matter, Plaintiff believes that the amount of damages to be awarded to a claimant is strictly within the province of the jury. The damages sought by Plaintiff in this case won't be measured by a specific dollar amount as much as they are based on the collective wisdom of a jury. Indeed, the jury will be reminded that it is solely up to them to award intangible damages for all applicable non-economic damages.

7. Plaintiff is seeking monetary relief in the amount in excess of $134,738.00

8. On October 31, 2022 Federal Motor Carrier Safety Administration awarded Rollin' Smoke at the Attache, LLC its USDOT#3959942 and MC#1476454. See Exhibit #29 - FMCSA authority letter.

9. At odometer reading 46697 Jason Stanford via Rollin' Smoke at the Attache, LLC began transporting cargo for hire using trailer #1- VIN 4T93H3222NM402049 See Exhibit #28- Trailer bill of sale.

10. Trailer #1was bought used and unknown to Jason Stanford at the time, had an imbalance of the torque tube which caused braking weight of the trailer to lean on the passenger side when braking. See Exhibit# 29

11. Trailer #1also had a malfunction of the trailer gain receiver, therefore the trailer brakes did not engage when driver depressed the brake pedal in the truck. The result of the lack of trailer braking and imbalance of the trailer weight caused the total weight of the trailer and truck to be imbalanced on the rear passenger side truck brakes, therefore causing the rear passenger side brakes to wear faster and more aggressively than the other three wheels.

12. On December 13, 2023 Jason Stanford went to NTB located at 3021 W. Camp Wisdom Rd. Grand Prairie, Texas 75052, Tarrant County, Texas for an estimate on brake repairs.

13. Stanford arrived at NTB at 8:00 am in hopes to preserve time. His vehicle was not checked in or attended to until 11:42am.

14. At 11:30am, after sitting in the NTB customer waiting area for hours and after walking to local Bank of America and Wells Fargo and branches for almost three hours and no service had been attended to the vehicle, Stanford decided to leave.

15. Valgene Shannon and a mechanic claimed to have performed an inspection on the vehicle brake system. Stanford was skeptical of the legitimacy of the alleged inspection results as neither Valgene Shannon or any of his mechanics asked Stanford for the custom wheel access key needed to remove the wheels. See Exhibit # 7 A.S.E. brake testing standards.

16. Without removing any of the wheels, for proper inspection, NTB staff originally estimated the Rollin' Smoke at the Attache, LLC truck needed complete replacement of front brake pads, rotors and calipers. See exhibit #1 "Estimate" for Order Number 400049705622. See Exhibit #1

17. At 12:42pm on December 13, 2022, the truck had never been moved into the repair bay areas or lifted which would be required to remove the wheels to make a proper inspection of the brakes systems.

18. After watching the truck remain in the same parked location that it was originally left in, Stanford demanded the return of his keys and began documenting suspected violations of DTPA at 12:44pm and returned so he could take his truck to another service provider.  See Exhibit #2 Pic of NTB Estimate.

19. When Stanford challenged how anyone could estimate the need for repair on the truck without removing the wheels, Valgene Shannon and his mechanic made false statements and alleged they diagnosed the damage or problem with the brakes by use of cameras in lieu of removing the wheels.

20. At 12:44pm, Stanford took the keys and attempted to leave when he heard a loud cracking noise when depressing the brake pedal in reverse gear while attempting to leave.

21. The brake pedal became soft and lost all pressure.

22. The passenger side rear brake caliper piston had broken and brake fluid from the truck had run out on to the concrete of the NTB parking lot.

23. At 12:50pm as Stanford could not leave, he requested that the NTB organization repair only the rear passenger side brake caliper and replace the brake pads.

24. In violation of DTPA section 13 and 21, Valgene Shannon intentionally misrepresented the fact that driver's side brake caliper could not be repaired without repairing and replacing both rear calipers, rotors and pads sets.

25. Stanford insisted that ONLY the passenger side rear brakes be replaced or repaired.

26. On December 14, 2022 Valgene Shannon insisted that replacement parts for the rear axles were not available nationwide from third party retail vendors like Autozone and O'Reilly or any auto dealership, alleging that acquisition of the necessary parts might take two weeks to accomplish.

27. On or about December 14, 2022, odometer reading 63343, NTB staff unnecessarily made an unauthorized repair on the vehicle and replaced front brake rotors and brake calipers yet reinstalled the original used OEM brake pads on both front wheels of the truck.

28. NTB staff did not have Stanford's authorization to replace any part or repair the front brakes systems on the truck as Stanford vehemently declared the he did not want NTB to repair or replace anything on the front brakes.

29. NTB staff alleged for three days that OEM new replacement parts for the rear brakes were not available nationwide, that alternate parts would have to be used and those would have to be purchased and sent out to a machine shop to be altered to complete the repair and this process would take 2 weeks as a justification to charge more.

30. Valgene Shannon violated DTPA as he claimed General Motors standards required that both rotors must be replaced simultaneously and their company standards would not allow them to violate General Motors repair standards, therefore they had to replace both rear brake rotors with new pads.

31. On or about December 15, 2022, Stanford drove to Mexia, Texas to purchase new rear brake rotors for driver and passenger side from Mike Terry Chevrolet dealership at the cost of $593.60. See exhibit #4 Mike Terry Chevrolet rear brakes rotors receipt.

32. Stanford furnished both rear brake rotors to NTB mechanics and demanded that his truck be repaired and returned to him on the afternoon of December 15, 2022.

33. At checkout on December 15, 2022 Standard was upset at the invoice payment total of $2535.00. See exhibit # 6 NTB Final Bill

34. Stanford questioned why the front brakes pads, brake rotors and brake calipers had been replaced when he declared he did NOT want them touched and had not authorized the repair or replacement of any front brakes parts.

35. On or about December 15, 2022, odometer reading 63343, NTB staff claimed to have replaced front brake rotors, front brake calipers and front brake pads, rear brake pads, rear brake calipers and rear brake rotors as they falsely diagnosed all four wheels brakes to be totally non-serviceable and additional accessorial hardware for all four(4) wheels with brand new replacement parts. See Exhibit #6 NTB Final Bill

36. Under duress and dispute, Stanford paid the final bill and requested return or the original parts for all four wheels brakes system because he knew even if a person is unsatisfied with the mechanic's explanation of the difference between the estimate and the final charge, if a consumer refuses to pay a repair bill -- even a bill in dispute -- the mechanic has the legal right to keep the consumer's car until the person pays.

37. On or about December 15, 2022, odometer reading 63343 NTB staff unnecessarily replaced rear drivers side brake rotors, brake caliper and brake pads yet neglected to replace a required seal and bearing on the passenger side brakes repair.

38. On December 16, 2022 Stanford documented that the in dash brake pad sensors stated that the rear brake pads had been replaced and the front brake pads had not been replaced at odometer mile 63638. See Exhibit # 8 Odometer picture.

39. Manager Valgene Shannon and staff of National Tire and Battery wasted 6 workdays of road time.

40. Jason Stanford lost 13 scheduled load opportunities totaling in excess of $18,000.

41. On December 16, 2022 Stanford began contacting TBC Retail Group. He was referred to Trevor Uraine District Manager with little results.

42. On December 20, 2022, Stanford used the TBC Retail Group grievance procedure and texted Trevor Uraine. See Exhibit #9 - Text messages to Trevor Uraine.

43. On December 21, 2022, Stanford also emailed Trevor Uraine. See Exhibit #10 Email to Trevor Uraine.

44. After having driven the truck less than 20,000 miles after the NTB replacement of front brakes pad, front brakes rotors and front brakes calipers, the front brakes began making noises off and on that indicated a potential need for repair.

45. Stanford took pictures of the front brakes rotors while he replaced the front tires in Petersburg, Virginia on January 2, 2023. See Exhibit #11 - Picture of front rotors.

46. At odometer mile 74524 on January 2, 2023 in Petersburg, Virginia Stanford began to document front brakes noise as he suspected a potential front brakes issue.

47. Stanford began documenting once again as he suspected that there must have been some degree of shoddy workmanship in the replacement and repair of the front brakes pads, brake rotors and braked calipers performed by NTB mechanics on December 13-15, 2022.

48. At odometer mile 81952 on February 1, 2023 front brakes on the truck caused a loud scrubbing sound and the front wheels shuttered when braking.

49. At odometer mile 81952 on February 1, 2023 the truck's in dash sensor indicated that the front brakes pads level was only 54% on what was supposed to be new brakes pads installed by NTB on December 15, 2023. See Exhibit #12 Picture of odometer reading.

50. At odometer mile 81952 on February 1, 2023 the front brakes pads rubbed so horribly that the truck could not be operatively safely.

51. On February 1, 2023, Luis Gaud and the mechanics at Goodyear Auto Service Centers #0857 repaired and replaced the front brake pads and front brake rotors.

52. Goodyear mechanics only took two and one half hours to complete the total repair. See Exhibit #18

53. Goodyear charged Stanford $154.69 for each front brake rotor. See Exhibit #18

54. NTB charged Stanford $293.97 each for front brake rotors which were not needed or were not authorized for replacement.

55. NTB charged Stanford more for front brakes rotors than a GM dealership charges. See Exhibit #24 Concord GMC receipt.

56. As result of poor workmanship and inadequate repair of NTB staff on December 15, 2022, on February 01, 2023 at odometer reading 81956, the front brakes of the truck failed in Jericho, New York as result of old brake pads reinstalled on new rotors. Repairs and diagnosis was performed by Goodyear Service Center 0857. Costs: $1026.61 See Exhibit #18 Invoice Goodyear, Exhibit #14, #15, #16 and #17 Goodyear diagnosis videos.

57. After replacement and repair of the front brake pads, front brake rotors in Jericho, NY by Goodyear Auto Service center, the in dash sensor detailed 100% front brake pad life at odometer reading 82065. See Exhibit #19 - Picture of odometer reading mile 82065.

58. Stanford took the truck to Pete's Automotive located in King City, California on February 13, 2023. See Exhibit #20 - Pete's Automotive work order

59. Stanford could not get the service he needed to repair the truck at Pete's Automotive.

60. Pete's automotive disabled the driver's side brakes long enough for him to drive to the closest General Motors dealership in Tracy, California.

61. On February 17, 2023 at odometer mile 86715 Tracy Chevrolet replaced and repaired only the passenger side  rear brake caliper, brake pads and brake rotor.

62. As result of continued trailer gain receiver failure, on February 12, 2023 at odometer reading 86715, rear passenger side rotor and brake pads were diagnosed and replaced by Tracy Chevrolet at the of cost of $1636.50. Exhibit #21 Tracy Chevrolet invoice

63. Discovery of the fact that NTB mechanic reused the seal and bearing on the passenger side rear brake axle was discovered by the mechanic at Tracy Chevrolet on February 13, 2023 See Exhibit #23 Tracy Chevrolet video #2.

64. As result of continued trailer gain receiver failure, on or about July 15, 2023 at odometer reading 144550 Finley Chevrolet and Brake Masters similarly repaired the rear drivers side caliper, rotor and pads at a cost of $1600.64 See Exhibit #27 Brake Masters invoice, Exhibits #25 and #26 Findlay Chevrolet invoices.

65. On July 18, 2023 at odometer mile 144550 Brake Masters of las Vegas, NV replaced only rear passenger side brake rotor, brake caliper and brake pads set on the vehicle.

66. The negligence in the repair of the rear brakes of one or more of the NTB employees was inherently undiscoverable until subsequent rear brake failures occurred, and Stanford had a suspicion of actionable conduct after the successive brake failures caused by use of the same trailer. The trailer disrepair was essentially undetectable, inherently dormant, characterized by prolonged latency, and no immediate injury manifested itself to alert Stanford until after part failure of the rear brakes.

67. The negligence in the repair of the front brakes of one or more of the NTB employees was not discovered until after miles of driving that did not surpass the warranty on the new parts.

68. Stanford's claims against the Mavis Tire Express, TBC Retail Group d/b/a NTB, by their employees Trevor Uraine and Valgene Shannon include all of what has previously been mentioned.

69. Additionally, Stanford files this claim due to intentional and purposeful knowingly making of false and misleading statements of facts concerning the need for parts, replacement and repair service; representing that work or services have been performed on, or parts replaced in, goods when the work or services were not performed or the parts replaced and to the negligent acts and/or omissions of one or more of the Defendants which include, but which are not necessarily limited to, one of more of the following:

1.    making representations and/or failing to inform (failure to warn) Plaintiffs regarding the vehicle;

2.    negligent in the vehicle's repair;
negligent in modifications to the vehicle;

3.    negligent in supervision;

4.    negligent in quality control;

5.    negligent in maintenance;

6.    negligent in service;

7.    failing to properly inspect the safety of the vehicle;

8.    failing to properly inspect for, repair, and/or report safety hazards; and/or

9.    failing to properly inspect the safety systems on the vehicle;

10.   reuse of worn parts in substitution for new parts.

70. The injuries resulted from the gross negligence, malice, and/or unconscionable conduct of one or more of the Defendants, entitles Stanford to exemplary damages under Texas Civil Practice & Remedies Code section 41.003(a).

71. The facts at trial will further prove fraud and/or deception on the part of one or more of the Employees Valgene Shannon, Trevor Uraine and others engaged in unlawful acts.

72. One or more of the Defendants engaged in an unlawful, unconscionable action or course of action that took advantage of the lack of knowledge, ability, experience, or capacity to a grossly unfair degree.

73. Stanford also states that the Defendants were incompetent, grossly negligent, and/or violated Texas' DTPA and Federal UDTPA.

74. Defendants failed to ensure that the vehicle had properly functioning safety systems and/or that it was crashworthy.

75. Defendants are responsible for the conduct, acts, and/or omissions of their employees under the doctrine of respondent superior.

76. The injuries resulted from the incompetence, gross negligence, malice, or unconscionable conduct of one or more of the Defendants, which entitles Stanford to exemplary damages under Texas Civil Practice & Remedies Code section 41.003(a).

77. In the alternative and/or in addition to other counts, Defendants have violated the Deceptive Trade Practices—Consumer Protection Act and Stanford seeks to recover damages and court costs under the DTPA.

78. Stanford was a "consumer".

Damages

79. The conduct, as described herein and otherwise, constituted "false, misleading, or deceptive" acts or practices. Each such act or practice was a producing cause of economic damages and damages for mental anguish to Stanford.

80. In the event the acts or practices were committed knowingly by the Defendant, Stanford is also entitled to recover up to three times the amount of economic damages.

81. In the event the acts or practices were committed intentionally, Stanford is entitled to recover up to three times the amount of economic damages and damages for mental anguish.

82. Stanford is also entitled to recover reasonable and necessary attorneys' fees and court costs.

83. Defendants violated the Uniform Deceptive Trade Practice Act and Texas DTPA when engaged in false, misleading, and/or deceptive acts or practices.



**Panel 1 (9:41)**

← Load Details

Garland, TX →    View on Map
El Paso, TX
Load #: Not Provided
659 mi | HS | 1,200 lbs | 10 ft |    Fuel

$650    Not Provided
Posted Rate    Per Mile

Pro users get Rate Insights.

Pickup:
Fri 12/16, 12:00AM - Fri 12/16, 11:59PM
Drop-off:
Not Provided
NO ADDITIONAL STOPS

RED RIVER LOGISTICS LLC    ⊘
(760) 812-4720
Ben C.
ben@redriverlogistics.com
Broker MC: 888332  |  DOT: 2554663

Load Notes:
1 8' AQUARIUM, 1 8' AQUARIUM STAND, AND 2 STANDARD
PALLETS. TARPS SUGGESTED.

✉ EMAIL    ☎ CALL

**Panel 2 (6:23)**

← Load Details

Lake Worth, TX →    View on Map
Madera, CA
Load #: Not Provided
1,562 mi | HS | 3,000 lbs | 17 ft |    Fuel

$1,600    Not Provided
Posted Rate    Per Mile

Pro users get Rate Insights.

Pickup:
Thu 12/15, 12:00AM - Thu 12/15, 11:59PM
Drop-off:
Not Provided
NO ADDITIONAL STOPS

MZMEKA FREIGHT SERVICES LLC    ⊘
(912) 438-5749
Shameka W.
mzmekafreightservicesllc@gmail.com
Broker MC: 1425448  |  DOT: 3883378

Load Notes:
Thunder Creek MTT920
CALLS OR TEXT (912) 525-2384 DAVID  (COD).

✉ EMAIL    ☎ CALL

**Panel 3 (9:40)**

← Load Details

Carrollton, TX →    View on Map
North Las Vegas, NV
Load #: Not Provided
1,211 mi | HS | 1,000 lbs | 11 ft |    Fuel

$900    Not Provided
Posted Rate    Per Mile

Pro users get Rate Insights.

Pickup:
Thu 12/15, 12:00AM - Thu 12/15, 11:59PM
Drop-off:
Not Provided
NO ADDITIONAL STOPS

TRANSCORR/VENTURE CONNECT LLC / ...    ⊘
(616) 284-6067
Kyle G.
kgunderson@venturelogistics.com
Broker MC: 508966  |  DOT: 670782

✉ EMAIL    ☎ CALL

**Panel 4 (9:41)**

← Load Details

Dallas, TX →    View on Map
Chaparral, NM
Load #: Not Provided
663 mi | HS | 200 lbs | 24 ft |    Fuel

$600    Not Provided
Posted Rate    Per Mile

Pro users get Rate Insights.

Pickup:
Fri 12/16, 12:00AM - Fri 12/16, 11:59PM
Drop-off:
Mon 12/19, 12:00AM - Mon 12/19, 11:59PM
NO ADDITIONAL STOPS

LANDSTAR RANGER INC ZDL    ⊘
(813) 771-7569
Kurt F.
kurt@zdl-team.com
Broker MC: 178439  |  DOT: 241572

Load Notes:
ext 310.

✉ EMAIL    ☎ CALL

**Panel 5 (6:24)**

← Load Details

El Paso, TX →    View on Map
Yuma, AZ
Load #: Not Provided
561 mi | HS | 350 lbs | 16 ft |    Fuel

$1,000    Not Provided
Posted Rate    Per Mile

Pro users get Rate Insights.

Pickup:
Thu 12/15, 12:00AM - Thu 12/15, 11:59PM
Drop-off:
Not Provided
NO ADDITIONAL STOPS

MAGELLAN TRANSPORT LOGISTICS    ⊘
(844) 260-8316
Ryan K.
mtl-fl@magellanlogistics.com
Broker MC: 293730  |  DOT: 2221815

✉ EMAIL    ☎ CALL

**Panel 6 (6:23)**

← Load Details

Dallas, TX →    View on Map
Irwindale, CA
Load #: Not Provided
1,426 mi | HS | 1,200 lbs | 8 ft |    Fuel

$1,000    Not Provided
Posted Rate    Per Mile

Pro users get Rate Insights.

Pickup:
Fri 12/16, 12:00AM - Fri 12/16, 11:59PM
Drop-off:
Not Provided
NO ADDITIONAL STOPS

MAGNATRANS LLC/MAGNA TRUCKING LLC    ⊘
(541) 292-5092
Jimmy U.
julrey@magnatrucking.com
Broker MC: 164249  |  DOT: 2886902

Load Notes:
Tarps. 98x64x12 call 541-531-5569 to book.

✉ EMAIL    ☎ CALL



84. Defendants engaged in an unconscionable action or course of action that took advantage of the lack of knowledge, ability, experience, or capacity to a grossly unfair degree.

85. The wrongful conduct of Defendants was a producing cause of damages to Stanford.

86. After materials are produced in discovery and after Defendants and others have been deposed, additional allegations may come to light, and Stanford reserves the right to amend his pleadings.

87. As a result of the acts and/or omissions of one or more of the Defendants, Stanford has suffered past economic loss, emotional distress and mental anguish.

88. The above and foregoing acts and/or omissions of one or more of the Defendants, resulting in loss of income and have caused actual damages to Stanford in excess of the minimum jurisdictional limits of this Court.

89. In accordance with Texas Rule of Civil Procedure Rule 193.7, Stanford hereby notifies the Defendants that any and all documents produced to Stanford by Defendants in response to written discovery requests may be used at any pretrial proceeding, as well as entered into evidence at the final trial of this cause, and are considered authenticated as to producing parties by the fact of production itself.

90. Under Texas Rule of Civil Procedure 194, Stanford hereby requests that Defendants disclose, within 30 days of the service of this request, the information or material described in Rule 194.2.

91. Economic damages are generally calculated as the difference between the monetary value of an asset or stream of cash flows at a certain point in time relative to the value of those same assets but-for the actions or negligence of the party accused of causing the decline in value.

92. Tex. Civ. Prac. & Rem. Code § 41.001(4) "Economic damages" means compensatory damages intended to compensate a claimant for actual economic or pecuniary loss; the term does not include exemplary damages or noneconomic damages.(5) "Exemplary damages" means any damages awarded as a penalty or by way of punishment but not for compensatory purposes. Exemplary damages are neither economic nor noneconomic damages. 'Exemplary damages' includes punitive damages.

93. Economic damages may include past and future lost wages, property damages, out-of-pocket expenses, and lost earning capacity. See Exhibit #30 - Rate confirmations of forfeited loads, Exhibit #31 - KBA dispatch invoices.

94. As result of improper actions of these Defendants, Stanford suffered the loss of 6 days of work. Within those 6 days Rollin' Smoke at the Attache was forced to forfeit 13 partial loads.

95. All a DTPA plaintiff is required to prove to win a DTPA case is: 1) the plaintiff was a consumer; 2) the defendant engaged in conduct prohibited by the Act; and 3) the prohibited conduct was a producing cause of the consumer's damages.

96. The Defendant's conduct was committed intentionally, therefore the consumer may recover, in addition to the other damages, mental anguish as found by the trier of fact, and up to three times the

amount of damages for mental anguish and economic damages. Intentionally means the Defendant acted with actual awareness of the falsity, deception, or unfairness of the act or practice and intended the consumer to rely on that act or practice, and may be inferred from objective manifestations that indicate that the person acted intentionally or from facts showing that a defendant acted with flagrant disregard of prudent and fair business practices such that the defendant should be treated as having acted intentionally.

97. If the Defendant's conduct was found to be committed knowingly, the consumer may also recover, in addition to other damages, mental anguish, and up to three times the amount of economic damages. Knowingly means the Defendant acted with actual awareness of the falsity, deception, or unfairness of the act or practice which is the subject of the consumer's complaint, and may be inferred where there are objective manifestations that the Defendant acted with actual awareness. Actual awareness does not mean merely that a person knows what he is doing; rather, it means that a person knows that what he is doing is false, deceptive, or unfair. Even if no economic damages are proved, mental anguish damages may still be recoverable when the defendant acts knowingly. To recover mental anguish damages, a plaintiff must present direct evidence of the nature, duration, and severity of the mental anguish establishing a substantial disruption in the plaintiff's daily routine.

Tex. Bus. & Com. Code § 17.46(13) provides False, misleading, or deceptive acts or practices in the conduct of any trade or commerce are hereby declared unlawful and are subject to action by the consumer protection division under Sections 17.47, 17.58, 17.60, and 17.61 of this code. (b) Except as provided in Subsection (d) of this section, the term "false, misleading, or deceptive acts or practices" includes, but is not limited to, the following acts:(13) knowingly making false or misleading statements of fact concerning the need for parts, replacement, or repair service;(22) representing that work or services have been performed on, or parts replaced in, goods when the work or services were not performed or the parts replaced.

## PRAYER FOR RELIEF

WHERE FOR the reasons presented herein, Stanford prays that Defendants be cited to appear and answer, and that upon a final trial of this cause, Stanford recovers judgment against Defendants.

Economic damages in the amount of : Not needed parts and labor
-1874.50+183.07+147.99+1026.61+274.18= \$3,506.35 + 950 labor =4456.35

Lost revenue - 1000+1500+1000+1000+600+900+1600+650+1000+1900+2500+1700+1400+1250= \$18,000 loss revenue

Knowingly and intentionally \$22,456.35 x 3 = \$67,369.05

Mental anguish \$67,369.05

Total = \$134,738.10

Respectfully submitted,

/s/ Jason Stanford

Jason Stanford  Plaintiff Pro Se
5756 Jillian Way
Grand Prairie, Texas 75052

Telephone:972-809-7698
Email: Rollinsmoke24@gmail.com



**E S T I M A T E**

TX NATL TIRE & BAT # 8811
TX NATL TIRE & BAT # 811
3021 W CAMP WISDOM RD.
GRAND PRAIRIE, TX,75052-4463
Store Phone Number: (817) 385-5702

### TXR000079399

| Customer: 39098840 PO #: | Vehicle: 2021 GMC SIERRA | Order Number: 400049705622 |
|---|---|---|
| STANFORD, JASON | 3500 HD V8-403CI 6599CC | Date/Time In: 12/13/2022 11:42 AM |
| 5756 JILLIAN WAY | Tag: PYC0861 State: TX Mileage: 63343 | Proposed Completion Date: 12/13/2022 |
| GRAND PRAIRIE, TX. 75052-0418 | VIN: 1GT49WEY7MF317706 | Proposed Completion Time: 01:00 PM |
| Phone: 9728097698 | | Opening Associate: 32030536 |
| Email: | | |

| Article | Description | | Price | Qty | SubTotal | Total |
|---|---|---|---|---|---|---|
| **Fluids** | | | | | | **93.99** |
| ZK0029 | **BRAKE FLUID EXCHANGE** | | 90.99 | 1 | | |
| SOLT-10032 | BRAKE FLUID DOT3 32 OZ   NEW | | 10.50 | 1 | 10.50 | |
| ZL0163 | BRAKE FLUID EXCHANGE LABOR | Tech# | 80.49 | 1 | 80.49 | |
| | Brake Fluid Disposal Charge | | 3.00 | 1 | 3.00 | |
| **Services** | | | | | | **.00** |
| ZL0002 | **BRAKES CHECK & ADVISE** | Tech# | | 1 | | |
| | 2022-12-13 12:42:48 hearing a grinding | | | | | |
| ZL0610 | **BATTERY CHECK & ADVISE** | Tech# | | 1 | | |
| ZL0002 | **BRAKES CHECK & ADVISE** | Tech# | | 1 | | |
| **Brakes** | | | | | | **1651.87** |
| ZP-12106 | **New DISC BRAKE PAD FRONT** | | 121.19 | 1 | 121.19 | |
| | Lifetime Warranty | | | | | |
| ZP-12105 | **New DISC BRAKE CALIPER FRONT** | | 190.19 | 2 | 380.38 | |
| ZP-12107 | **BDR QPR-YH317206P Front Disc Brake Rotor** | | 293.97 | 2 | 587.94 | |
| ZL0040 | **1130 Caliper R&R Front,Both;Includes: Pe** | Tech# | 147.99 | 3.80 | 562.36 | |

**If you have any questions or concerns please speak to our store manager, VALGENE SHANNON at (817) 385-5702**

---

**PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW, AND SIGN:**
**I UNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE. IF MY FINAL BILL WILL EXCEED $100.**
_____ **I REQUEST A WRITTEN ESTIMATE**
_____ **I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED $_____.**
**THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.**
_____ **I DO NOT REQUEST A WRITTEN ESTIMATE.**
**SIGNED _____**
**The Texas Natural Resource Conservation Commission Registration Number**

| | |
|---|---|
| Parts | 1,100.01 |
| Labor | 645.85 |
| **New Tire Fee | 0.00 |
| Discounts/Credits | 0.00 |
| Sub-total | 1,745.86 |
| *Shop Fee | 35.00 |
| Federal Excise Tax | 0.00 |
| Taxes | 93.64 |
| **Net Amount** | **1,874.50** |

**6 MONTHS PROMOTIONAL FINANCING AVAILABLE**
Subject to credit approval. Terms and conditions apply.

---

PAYMENT METHOD CASH__ CHECK__ VISA__ M/C__ AMEX__ DISCOVER__ A/R__ STORE CC__

FREE ESTIMATES UNLESS DIAGNOSTICS OR TEARDOWN AT $_____ PER FLAT RATE HOUR.

I AUTHORIZE SERVICES TO BE PERFORMED INCLUDING SUBLET WORK PER TERM AND CONDITIONS ON THE REVERSE SIDE OF "CUSTOMER COPY" OF THIS FORM. WE USE BOTH FLAT RATE AND HOURLY RATE TO CALCULATE CHARGES
I DO_ DO NOT_ WANT MY PARTS RETURNED (Customer Initials)

*THIS CHARGE REPRESENTS COSTS AND PROFITS OF THE MOTOR VEHICLE REPAIR FACILITY FOR MISCELLANEOUS SHOP SUPPLIES OR WASTE DISPOSAL. PLEASE SEE REVERSE SIDE FOR WARRANTY, TERM, CONDITONS AND

Additional Work/Person Authorization:

Name:_____
Phone #:_____
Date/Time:_____
Associate#_____
Authorized Amount_____

Exhibit #1          Shop Copy

◉ LIVE ⌄



hicle: 2021 GMC SIERRA
3500 HD V8-403CI 6599CC
g: PYC0861 State: TX Mileage: 63343
N: 1GT49WEY7MF317706

Order Number: 400049705622
Date/Time In: 12/13/2022 11:42 AM
Proposed Completion Date: 12/13/2022
Proposed Completion Time: 01:00 PM
Opening Associate: 32030536

| | Price | Qty | SubTotal | Total |
|---|---|---|---|---|
| 'ANGE | | | | 93.99 |
| 32 OZ  NEW | 90.99 | 1 | | |
| 'ANGE LABOR | 10.50 | 1 | 10.50 | |
| osal Charge          Tech# | 80.49 | 1 | 80.49 | |
| | 3.00 | 1 | 3.00 | |
| DVISE | | | | |
| :48 hearing a grinding      Tech# | | 1 | | .00 |
| ADVISE | | | | |
| DVISE          Tech# | | 1 | | |
| Tech# | | 1 | | |
| ) FRONT | | | | |
| IPER FRONT | 121.19 | 1 | | 1651.87 |
| ront Disc Brake Rotor | | | 121.19 | |
| Both;Includes: Pe | 190.19 | 2 | 380.38 | |
| k to our store manager,    Tech# | 293.97 | 2 | 587.94 | |
| | 147.99 | 3.80 | 562.36 | |

k to our store manager, VALGENE SHANNON at (817) 385-5702

CK ONE OF THE STATEMENTS

ATE LAW, I AM ENTITLED TO A
L BILL WILL EXCEED $100.
STIMATE
'TTEN ESTIMATE AS LONG AS THE
AMOUNT WITHOUT MY WRITTEN
TEN ESTIMATE.

ı Commission Registration Number

| Parts | 1,100.01 |
|---|---|
| Labor | 645.85 |
| **New Tire Fee | 0.00 |
| Discounts/Credits | 0.00 |
| Sub-total | 1,745.86 |
| *Shop Fee | 35.00 |
| Federal Excise Tax | 0.00 |
| Taxes | 93.64 |
| **Net Amount** | **1,874.50** |

6 MONTHS PROMOTIONAL
FINANCING AVAILABLE
Subject to credit approval. Terms and
conditions apply.

DISCOVER__ A/R__ STORE CC
S____
____PER FLAT RATE HOUR.
LET WORK PER TERM AND ...
: BOTH ...

Additional W...

Exhibit #2



Exhibit #3



1100 E. MILAM, P.O. BOX 672
MEXIA, TEXAS 76667

mterryautogroup.com
254-562-2846

| CUST NO. | TAX EXEMPT NUMBER | CUST. P. O. NO. | SHIP VIA | PAY | SOLD BY | INVOICE DATE | INVOICE NO. |
|----------|-------------------|-----------------|----------|------|---------------|--------------|-------------|
| 2058 | | | | CASH | BRAD WHITLOW | 12/15/22 | 91140 CVF |

CASH SALE

| SHIP QTY | B. O. QTY | PART NUMBER / DESCRIPTION | | | BIN | LIST | NET | AMOUNT |
|----------|-----------|---------------------------|---|---|-----|--------|--------|--------|
| 2 | 0 | 13512717 ROTOR | 5.809 | Y | 227 | 274.18 | 274.18 | 548.36 |



PARTS & SERVICE
HOURS
MON.-FRI.
7:30 A.M.-5:30 P.M.
SAT.
7:30 A.M.-4:00 P.M.

GM QUALITY
SERVICE PARTS

RETURNS MUST BE IN ORIGINAL UNOPENED CARTONS OR PACKAGES. 10% RESTOCKING FEE ON ALL RETURN PARTS PAID IN ADVANCE. NO RETURN ON ELECTRICAL OR SPECIAL ORDER PARTS. ALL SPECIAL ORDER PARTS REQUIRE YOUR RECEIPT AND MADE ONLY UP TO 1 DAY AFTER PURCHASE.

**DISCLAIMER OF WARRANTIES**
Any warranties on the products sold hereby are those made by the manufacturer. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

| | |
|---|---|
| SUBTOTAL | 548.36 |
| TAX | 45.24 |
| FREIGHT | 0.00 |
| PAY THIS AMOUNT | 593.60 |

**CUSTOMER COPY**

13:18:08 PAGE 1 OF 1
NET502

**PARTS INVOICE**

Exhibit #4

Home / Carquest Platinum Painted Brake Rotor YH482052P: Front, Meets or Exceeds OE Design, Features RotorShield Protection

**View 4 Interchangeable Parts**

→ Share

Will this part fit my vehicle?

| Car/Truck ⌄ | Year ⌄ | Make ⌄ | Model ⌄ | Engine ⌄ | Add |



‹  ⊙  ⬤  ◎  ›

**Carquest Platinum Painted** Brake Rotor YH482052P: Front, Meets or Exceeds OE Design, Features RotorShield Protection

★ ★ ★ ★ ★ (14 reviews)

Part # YH482052P

2 Yr Replacement If Defective

**$169.99**

Price With NOV4: $144.49

ⓘ  **Add A Vehicle to Check Fitment**

⚠  **Different address than your preferred store.**

**How Would You Like To Get This Item?**

Exhibit #5



**NTB** TIRE & SERVICE CENTERS

TX NATL TIRE & BAT # 8811
TX NATL TIRE & BAT # 811
3021 W CAMP WISDOM RD.
GRAND PRAIRIE, TX.75052-4463
Store Phone Number: (817) 385-5702
TXR000079399

**$10 OFF**

Your opinion matters! tell us what you think
about your visit today and enjoy $10 off
your next purchase of $60 or more.
go to ntbcustomerfirst.com!

Shop fee up to 10% based on non-discounted regular retail price not to exceed
$35 or disposal fees (where permitted) may apply. Charge for additional parts
or services if needed. Most vehicles. Not valid with other offers. One coupon
per customer with ad. No cash value. Expires 90 days from invoice date. Valid
at Tire Kingdom and NTB locations. See store for details.

| Customer: 39098840 PO #: | Vehicle: 2021 GMC SIERRA | Order Number: 400049705849 |
|---|---|---|
| STANFORD, JASON | 3500 HD V8-403CI 6599CC | Date/Time In: 12/13/2022 12:54 PM |
| 5756 JILLIAN WAY | Tag: PYC0861 State: TX | Date/Time Out: 12/15/2022 08:58 PM |
| GRAND PRAIRIE, TX. 75052-0418 | VIN:1GT49WEY7MF317706 | |
| Phone: 9728097698 | Mileage In: 63343 | |
| Email: | | |

| Article | Description | Technician | Price | Qty | Sub Total | Total |
|---|---|---|---|---|---|---|
| **Fluids** | | | | | | **16.65** |
| ZK0029 | **BRAKE FLUID EXCHANGE** | 12920328 | 90.99 | 1 | | |
| SOLT-10032 | BRAKE FLUID DOT3 32 OZ   NEW | 12920328 | 10.50 | 1 | 10.50 | |
| | Cust.Sat.Credit $ | | -8.92 | | -8.92 | |
| ZL0163 | **BRAKE FLUID EXCHANGE LABOR** | 12920328 | 80.49 | 1 | 80.49 | |
| | Brake Fluid Disposal Charge | | 3.00 | 1 | 3.00 | |
| | Cust.Sat.Credit $ | | -68.42 | | -68.42 | |
| **Services** | | | | | | **28.89** |
| ZL0610 | **BATTERY CHECK & ADVISE** | 12920328 | | 1 | | |
| ZP-12231 | **New WHEEL HUB O-RING** | 12920328 | 9.77 | 2 | 19.54 | |
| | Cust.Sat.Credit $ | | -17.59 | | -17.59 | |
| ZP-12067 | **New AXLE SHAFT SEAL** | 12920328 | 134.70 | 2 | 269.40 | |
| | Cust.Sat.Credit $ | | -242.46 | | -242.46 | |
| **Brakes** | | | | | | **2337.19** |
| ZP-12106 | **New DISC BRAKE PAD FRONT** | 12920328 | 121.19 | 1 | 121.19 | |
| | Lifetime Warranty | | | | | |
| | Comp. Price Match $$ | | -30.00 | | -30.00 | |
| ZP-12107 | **BDR QPR-YH317206P Front Disc Brake Rotor** | 12920328 | 293.97 | 2 | 587.94 | |
| | Coupon % | | -58.79 | | -58.79 | |
| ZP-12105 | **New DISC BRAKE CALIPER FRONT (VC)** | 12920328 | 190.19 | 2 | 380.38 | |
| | Coupon % | | -38.04 | | -38.04 | |
| ZL0040 | **1130 Caliper R&R Front,Both;Includes: Pe** | 12920328 | 147.99 | 3.80 | 562.36 | |
| | Coupon % | | -84.35 | | -84.35 | |
| ZP-12106 | **New DISC BRAKE PAD FRONT** | 12920328 | 121.19 | 1 | 121.19 | |
| | Lifetime Warranty | | | | | |
| | Comp. Price Match $$ | | -30.00 | | -30.00 | |
| ZP-12105 | **New DISC BRAKE CALIPER REAR** | 12920328 | 183.07 | 2 | 366.14 | |
| | Comp. Price Match $$ | | -64.00 | | -64.00 | |
| ZL0040 | **1130 Caliper R&R Rear,Both;Includes: Per** | 12920328 | 147.99 | 4 | 591.96 | |
| | Coupon % | | -88.79 | | -88.79 | |

Exhibit #6



TX NATL TIRE & BAT # 8811
TX NATL TIRE & BAT # 811
3021 W CAMP WISDOM RD.
GRAND PRAIRIE, TX,75052-4463
Store Phone Number: (817) 385-5702

## TXR000079399 | TXR000079399

**Customer:** 39098840 **PO #:**
STANFORD, JASON
5756 JILLIAN WAY
GRAND PRAIRIE, TX, 75052-0418
**Phone:** 9728097698
**Email:**

**Vehicle:** 2021 GMC SIERRA
3500 HD V8-403CI 6599CC
**Tag:** PYC0861 **State:** TX
**VIN:** 1GT49WEY7MF317706
**Mileage In:** 63343

**Order Number:** 400049705849
**Date/Time In:** 12/13/2022 12:54 PM
**Date/Time Out:** 12/15/2022 08:58 PM

**Payment Method**

        DB  2902 Approval: 065742

**Amount Charged**
2535.00

If you have any questions or concerns please speak to our store manager, **VALGENE SHANNON at (817) 385-5702**

Opening Sales Associate: Valgene Remard Shannon        Closing Sales Associate: James Paul Chantaca

| | |
|---|---:|
| Parts | 1876.28 |
| Labor | 1237.81 |
| **New Tire Fee | 0.00 |
| Discounts/Credits | -731.36 |
| Sub-Total | 2382.73 |
| *Shop Fees | 35.00 |
| Federal Excise Tax | 0.00 |
| Taxes | 117.27 |
| Payments | 2535.00 |
| Net Amount | 0.00 |

*THIS CHARGE REPRESENTS COSTS AND PROFITS TO THE MOTOR VEHICLE REPAIR FACILITY FOR MISCELLANEOUS SHOP SUPPLIES
OR WASTE DISPOSAL. PLEASE SEE REVERSE SIDE FOR WARRANTY,TERMS, CONDITIONS AND OTHER IMPORTANT INFORMATION.



How did we do? We'd love to get your feedback on your experience with a brief survey at **ntbcustomerfirst.com!**
Thank You For Choosing NATL TIRE AND BATTERY
Page 2 of 2                                         Customer Copy

## 2. Fluids, Lines, and Hoses (3 Questions)

**Task**
**A.2.1**

**Diagnose poor stopping, pulling, or dragging caused by problems in the brake fluid, lines, and hoses; determine needed repairs.**

The most common causes of brake pull are seized caliper or wheel cylinder pistons, contaminated brake linings, scored or burned drums or rotors, and worn suspension components. If one front caliper is seized, the vehicle pulls to the opposite side of the seized caliper. When the brake linings are contaminated on a front wheel, the brake grabs on the wheel with the contaminated linings.

**Task**
**A.2.2**

**Inspect brake lines and fittings for leaks, dents, kinks, rust, cracks, or wear; tighten loose fittings and supports.**

Brake lines should be inspected for leaks, cracks, rust, kinks, flattened areas, and splits. Damaged brake lines should be replaced rather than repaired. A tube-bending tool should be used to complete the necessary brake line bends.

The threaded parts used to connect brake hoses and tubing together and to other brake components are called fittings. Fittings are made from steel, so they can withstand the brake system pressures. Fittings are typically threaded to allow connection to other brake parts. Fittings are available in both U.S. (English) and metric threads. Threads from one system do not fit threads of the other system. Flats are formed on the fitting so that a wrench can be used in removing and installing them. Since the fitting on the end of steel brake tubing seals against a flare, this fitting is called a flare nut.

International Standards Organization (ISO) flare nuts cannot be mixed with double flare nuts; doing so can cause fluid leakage. Flare nuts do not corrode or rust, but this may occur on the tubing that passes through them.

**Task**
**A.2.3**

**Inspect flexible brake hoses for leaks, kinks, cracks, bulging, or wear; tighten loose fittings and supports.**

Flexible brake hoses allow for movement between the suspension and the chassis. These hoses should be inspected for cracks, leaks, twists, bulges, loose supports, and internal restrictions. Each time a brake hose is removed, the sealing washer on the male end should be replaced. When a brake hose is installed, always install and tighten the male end first.

**Task**
**A.2.4**

**Fabricate and/or replace brake lines (double flare and ISO types), hoses, fittings, and supports.**

Copper tubing should not be used in a hydraulic brake system. It is subject to fatigue cracking and corrosion, which can result in brake system failure.

Be sure to use a replacement hose that meets original equipment manufacturer (OEM) safety standards. It is also vital that the replacement hose is the same size as the original. A hose that is too long may rub on the chassis. One that is too short may break when the movable component reaches the limits of its travel.

There are two types of flares used in brake line fabrication: the double flare and the ISO flare. Single flares are never used in brake line work.

The ISO or bubble flare meets the requirements of the International Standards Organization.

**Task**
**A.2.5**

**Select, handle, store, and install proper brake fluids (including silicone fluids).**

Silicone-based brake fluid is classified as DOT 5 fluid. This type of fluid is nonhydroscopic, which means it does not absorb water. Silicone-based brake fluid has a long-term shelf life and does not damage painted surfaces.

Exhibit #7

Commonly used nonpetroleum-based brake fluids are classified as DOT 3 or DOT 4. These fluids tend to absorb moisture from the air. Painted surfaces are damaged by DOT 3 and DOT 4 brake fluid.

DOT 5 silicone brake fluid should never be used in an ABS. Excessive wear of brake components and other conditions can occur from using the wrong fluid.

DOT 4 absorbs less moisture and has a higher boiling point than DOT 3. Brake fluid with a high boiling point is important in systems that generate a great amount of heat.

**Task A.2.6**    **Inspect brake lines and hoses for proper routing.**

## 3. Valves and Switches (non-ABS) (4 Questions)

**Task A.3.1**    **Diagnose poor stopping, pulling, or dragging caused by problems in the hydraulic system valve(s); determine needed repairs.**

The metering valve is used on systems with front disc and rear drum brakes. During a brake application, the brake fluid pressure has to overcome the force of the brake shoe return springs and force the shoes outward. Therefore, a brief time interval is required to apply the rear brakes whereas the front caliper pistons move the brake pads quickly against the rotors. The metering valve delays front brake fluid pressure during light brake applications so both front and rear brake applications occur at the same time.

**Task A.3.2**    **Inspect, test, and replace metering, proportioning, pressure differential, and combination valves.**

During a moderate brake application, the proportioning valve reduces pressure to the rear wheel brakes to compensate for the transfer of vehicle weight to the front wheels. This action prevents premature lockup of the rear wheels. During a light brake application, the proportioning valve does not affect rear wheel pressure. During high pressure pedal application the proportioning valve opens and allows full pressure to the rear wheels. When pressure gauges are connected to each proportioning valve inlet and outlet, during a moderate brake application, there should be a pressure difference (lower at the outlet).

A metering valve is a brake system valve used with disc/drum brake systems that keeps the front discs from operating until the rear drums have started to work. A proportioning valve is a brake system valve that functions to maintain the correct proportion between line pressures to the front and rear brakes and, therefore, to provide a balanced vehicle braking system.

A three-function combination valve is a brake failure light switch, proportioning valve, and a metering valve combined in one housing.

If the warning light does not come on during the test, but does light when a jumper is connected to ground, the warning switch portion of the combination valve has malfunctioned. The valve must be replaced.

To restore equal pressure in the primary and secondary sections of the master cylinder, perform a hard brake pedal application to center the warning switch piston after brake repairs are completed. If this action does not center the piston and put out the light, apply light brake pedal pressure and loosen a bleeder screw in the side of the brake system that had the high pressure during the failure.

**Task A.3.3**    **Inspect, test, replace, and adjust load- or height-sensing-type proportioning valve(s).**

The load-sensing proportioning valve is mounted on the chassis, and a linkage is connected from the valve to the rear axle. When the load is light, the linkage positions the internal valve so brake pressure is reduced to the rear wheels during moderate brake applications. A heavy load on the rear suspension reduces rear chassis height. This

action causes the linkage to move the valve in the height-sensing proportioning valve. Under this condition, the proportioning valve does not reduce pressure to the rear brakes during moderate brake application.

One type of load-sensing proportioning valve uses a bracket attached to the axle. A spring connects the bracket to a lever on the end of the proportioning valve, which is mounted to the vehicle chassis.

Another type of load-sensing proportioning valve uses a large round ball called a "G" ball in a valve assembly called a "G" valve. This assembly is mounted on the end of the proportioning valve. The ball moves back and forth in relation to the tilt of the rear of the vehicle.

During hard braking, the rear of the vehicle lifts, causing the valve to reduce pressure to the rear brakes, thus avoiding rear wheel lockup.

**Task A.3.4**

### Inspect, test, and replace brake warning light, switch, and wiring.

When the pressure is equal in the primary and secondary sections of the master cylinder, the warning switch piston remains centered. In this position, the switch piston does not touch the switch pin. If the pressure is unequal between the primary and secondary master cylinder sections, the pressure difference moves the switch piston to one side. In this position, the switch piston pushes the spring-loaded switch pin upward and closes the warning switch light. This action illuminates the brake warning light.

The brake warning lamp circuit may be tested by grounding the warning switch with the ignition switch on. Under this condition, the bulb should light. If the bulb is not lit, check the fuse, bulb, and connecting wires.

## 4. Bleeding, Flushing, and Leak Testing (non-ABS) (4 Questions)

**Task A.4.1**

### Bleed (manual, pressure, vacuum, or surge method) and/or flush hydraulic system.

A pressure bleeder has an adapter connected to the top of the master cylinder reservoir. A hose is connected from this adapter to the pressure bleeder chamber in the top of the pressure bleeder. The pressure bleeder has an air chamber below the fluid chamber, and a diaphragm that separates the air and fluid chambers. Shop air is used to pressurize the air chamber up to 15 to 20 psi (103 to 138 kPa). If the brake system has a metering valve, this valve must be held open with a special tool. The bleeder hose is connected from each bleeder screw into a container partially filled with brake fluid. Open the bleeder screw until a clear stream of brake fluid is discharged.

During the vacuum bleeding procedure, the vacuum pump is connected to a sealed container. Another hose is connected from this container to the bleeder screw. A one-way check valve is connected in the hose from the bleeder screw to the container. Operate the pump handle 10 to 15 times to create vacuum in the container. Open the bleeder screw until about 1 inch (25 mm) of brake fluid is pulled into the container. Repeat the procedure until the fluid coming into the container is free of air bubbles.

During a manual brake bleeding procedure, connect a bleeder hose from a bleeder screw into a container partially filled with brake fluid. Keep the end of this hose submerged below the level of the brake fluid in the container. Each wheel caliper or cylinder must be bled in the vehicle manufacturer's specified sequence in any bleeding procedure. Wheel calipers may be tapped with a soft hammer to help remove air bubbles.

The surge bleeding procedure may be used with manual or pressure bleeding. Bleed the brake system in the conventional manner. Surge bleeding involves pumping the brake pedal quickly several times with the bleeder screw closed. After surge bleeding, use the conventional bleeding procedure to bleed the system one more time.

Flushing a brake system is a continuation of the bleeding procedure. During a flushing procedure, each bleeder screw is opened until all the contaminated fluid is removed. Never reuse fluid from a bleeding or flushing procedure.



Page 3 of 9

Exhibit #8





Exhibit #9

 Gmail

## FW:

**Jason Stanford** <rollinsmoke24@gmail.com>                                    Wed, Dec 21, 2022 at 2:46 PM
To: turaine@tirekingdom.com

According to these standards, three of my fours rotors did not need to be replaced.

📄 **Scanned_from_a_Lexmark_Multifunction_Product12-21-2022-152408.pdf**
   138K

Exhibit #10



Petersburg
January 2  8:58 AM

Edit

Exhibit #11





Exhibit #12



Exhibit #13

**Goodyear**

# Invoice

## 000070965

## 02/01/2023

### Auto Service Centers 0857

336 N Broadway
Jericho, NY 11753-2031
516-433-7730
Federal Tax Id 340253240

**Operator:** Luis Gaud
**BAR/MVR:** R7008757

**Customer Info:**
JASON STANFORD
5657 JILLIAN WAY
GRAND PRAIRIE,TX,75052
**Primary Ph:** 972-809-7698
**Customer #:** 0857003092

**Vehicle Info:**
**Year:** 2021
**Make:** GMC
**Model:** Sierra 3500 HD
**Color:** Black
**License/State:** PYC0861 / TX
**VIN:** 1GT49WEY7MF317706

**Odom I/O:** 81956/81956
**Vehicle In:** 02/01 09:26 AM
**Vehicle Out:** 02/01 11:50 AM
**Inspection Date:** 03/24
**Emission Date:** 03/24

| PRODUCT | DESCRIPTION | QTY | PART | LABOR | TOTAL |
|---------|-------------|-----|------|-------|-------|
| 052000000 | CHECK BRAKE SYSTEM | 1.00 | 0.00 | 0.00 | 0.00 |
| 052200000 | BRAKES PARTS | 2.00 | 154.69 | 0.00 | 309.38 |
| YH317206P | Front Disc Brake Rotor | 2.00 | | | |
| 052200000 | BRAKES PARTS | 1.00 | 91.72 | 0.00 | 91.72 |
| PXD2250H | F CERAMIC PADS | 1.00 | | | |
| 052100000 | INSTALL FRONT BRAKES | 1.00 | 0.00 | 544.00 | 544.00 |

| Signature: | Parts Total* | 401.10 | State Tire Fee | 0.00 |
|------------|--------------|--------|----------------|------|
| | Labor Total | 544.00 | Sub Total | 945.10 |
| | | | Taxable Amount | 945.10 |
| | | | Sales Tax (8.625%) | 81.51 |

Cash:      Check:      Credit: 1026.61      Debit:      AR:      Corp Ref:

**Visa - Amount Remitted**     1026.61

**Total Deposits on Order**     0.00

### Invoice Total     **1,026.61**

| Salesperson | Technician | Services |
|-------------|-----------|----------|
| Olsen Dumond | John Kurtzke<br>John Timpone | 052000000, 052100000, 052200000<br>052000000, 052100000, 052200000 |

Goodyear, its successors and service providers may use your information; to send service updates and reminders; to request feedback; to communicate with you; for marketing promotional and commercial purposes; for data analysis; and as required by law.

Call 1-800-344-9859 to unsubscribe. Privacy Policy: https://www.goodyearautoservice.com/en-US/privacy-policy

** ALL PARTS ARE NEW UNLESS OTHERWISE SPECIFIED. **

*SEE REVERSE SIDE FOR IMPORTANT SAFETY WARNING AND WARRANTY INFORMATION

Exhibit #18

# Invoice
## 0000070965
## 02/01/2023

## Auto Service Centers 0857

**Goodyear**

336 N Broadway
Jericho, NY  11753-2031
516-433-7730
Federal Tax Id 340253240

**Operator:** Luis Gaud
**BAR/MVR:** R7008757

| | |
|---|---|
| MERCHANT# | 000900857 |
| PAYMENT VALUE: | $1,026.61 |
| TVR | 8080008000 |
| TSI | 6800 |
| AID#: | A0000000031010 |
| APPL LABEL: | VISA DEBIT |
| DATA SOURCE: | Chip |
| CARD#: | Visa ******2902 |

Signature:

| Tread Depth L/F | 4/32 | R/F | 4/32 |
|---|---|---|---|
| Tread Depth L/R | 8/32 | R/R | 8/32 |



Exhibit #19

**Estimated**
**Time Due**

110 Eills St. Ste E
King City, CA 93930
(831) 386-0733
BAR #AC 247628  EPA #CAL000311692

**Customer Copy**
**Workorder #40993**

Printed: 11:35:56 AM 2/14/2023

JASON

Ordered on
Monday, February 13, 2023

KING CITY CA  93930

| MAKE & MODEL | | FLEET NO. | PHONE | REP | CSH | PO# | TERMS | |
|---|---|---|---|---|---|---|---|---|
| 2021 Gmc Sierra K3500 Denali Denali | | | 972-809-7698 | POSENDO B | - | | Cash | |

| LICENSE NO. | MILES IN/OUT | VIN | TORQUE | ENGINE SIZE | TRANSMISSION | COLOR | PRD DATE |
|---|---|---|---|---|---|---|---|
| PYC0861 | | 1GT49WEY7MF317706 | | 6.6L V8  F OHV 16V | 8 SPD AUTOMATIC A | | |

| CATALOG | DESCRIPTION | QTY | PARTS | LABOR | DISC | TOTAL | Code |
|---|---|---|---|---|---|---|---|
| SL | INSPECT REAR BRAKE SYSTEM | 1.1 | | 85.67 | | $94.24 | RB |
| | INSPECTED REAR BRAKE SYSTEM & FOUND CALIPER HAD SEIZED. | | | | | | |
| | FROM USING BRAKES TOO LONG THE CALIPER STARTED LEAKING. | | | | | | |
| | WE WERE UNABLE TO GET A NEW CALIPER DUE TO THEM BEING ON BACK ORDER | | | | | | |
| | WE NOTIFIED CUSTOMER OF PROBLEM. CUSTOMER PICKED UP VEHICLE. | | | | | | |

*Thank you for your business*

| | | | | |
|---|---|---|---|---|
| Parts | $0.00 | Taxable | | $0.00 |
| Labor | $94.24 | Non-Taxable | | $94.24 |
| Freight | $0.00 | Total | | $0.00 |
| Other | $0.00 | | | |
| Supplies | $0.00 | **Estimate** | | **$94.24** |

Parts and Labor are warranteed for 3 months or 3,000 miles  whichever comes first.  Your signature on the invoices authorizes me above addition add on sales amounts from the original work order  If your vehicle is not picked up from our repair facility, within 3 days from time of notification of the repairs completion, there will be a $35.00 a day storage fee applied to your invoice. If your vehicle is not picked up withing 3 days of completion your vehicle will be towed away at your expense

Exhibit #20

Print Name _____  Signature _____  Date _____

317706                        392963       **A CHEVROLET**

3400 AUTO PLAZA PARKWAY
TRACY, CA 95304
PHONE: 209-835-4500
FAX: BUS. OFFICE 209-835-6246
PARTS DEPT.(209) 229-7111
EMAIL: www.tracychevrolet.com

*INVOICE*

DG APT 1149
038                              PAGE 1

CONT:972-809-7698                        BAR # ARD 254179
CELL:972-809-7698                        EPA # CAL 000330423

**SERVICE ADVISOR:** 431 ALONSO PEREZ LOPEZ

| R | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TA |
|---|---|---|---|---|---|
| 1 | GMC SIERRA 3500 | 1GT49WEY7MF317706 | | 86715/86718 | T225 |

| OD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|
| | | 18:00 14FEB23 | | 0.00  CASH | 17FEB23 |
| | BOOKED | OPTIONS: | DLR:06222 ENG:6.6 Liter Turbo | | |

123   12:56 17FEB23

| TECH TYPE HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|

REQUESTS TO REPLACE PASSENGER REAR BRAKE CALIPER. TRAILER
AKES FAILED CAUSING REAR CALIPER TO SEIZE.
S BRAKES AND RELATED REPAIRS

| | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|
| 32 | CC | | | 537.50 | 537.50 |
| 13546600 | (S)CALIPER | | 135.11 | 135.11 | 135.11 |
| 86792660 | (S)PAD KIT | | 255.64 | 255.64 | 255.64 |
| 84271030 | (S)SEAL | | 78.05 | 78.05 | 78.05 |
| 84757390 | (S)GASKET | | 5.23 | 5.23 | 5.23 |
| 84757388 | (S)LOCK | | 8.37 | 8.37 | 8.37 |
| 1 13550274 | (S)ROTOR | | 274.18 | 274.18 | 274.18 |

BRAKES HAD TO ALSO REPLACE SEALS, ROTOR, AND
BRAKE PADS

| 32 | CE | | | 200.00 | 200.00 |

SUBL MACHINE SHOP CHARGE

| | CC | | | 80.00 | 80.00 |

86715 REPLACED RIGHT REAR CALIPER, ROTOR AND REAR BRAKE PADS.
REMOVED CUSTOMERS WHEEL SPACERS DO TO EACH ONE HAVING STRIPPED STUDS.
BLEED BRAKE SYSTEM, ROAD TESTED AND OK.
*************************************************

*****************************************************************
ESTIMATE: 0.00                14FEB23 15:54  SA: 431         Exhibit #21
CONTACT:
*****************************************************************



Thank you for choosing TRACY CHEVROLET
for your parts and service needs
If you are visiting for warranty concerns,
the Factory may send you a survey. If for
any reason you cannot answer completely
satisfied, please call The Service Manager
Sam Balanon @ 209-835-4500 x7119

**TRACY CHEVROLET**
ALL PARTS ARE NEW
UNLESS SPECIFIED OTHERWISE.

| ORIGINAL ESTIMATE: $ | | | FINAL REVISED ESTIMATE: $ | | | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|
| | | | | | | LABOR AMOUNT | 737.50 |
| DATE | TIME | PHONE # | AUTHORIZED | ADDITIONAL AMOUNT | REVISED TOTAL | PARTS AMOUNT | 756.58 |
| | | | | | | GAS, OIL, LUBE | 0.00 |
| | | | | | | SUBLET AMOUNT | 80.00 |
| | | | | | | MISC. CHARGES | 0.00 |
| | | | | | | TOTAL CHARGES | 1574.08 |
| | | | | | | ADJUSTMENTS | 0.00 |
| I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATE PRICE. | | | I ACKNOWLEDGE RECEIPT OF VEHICLE AND I HAVE RECEIVED A COPY OF THIS INVOICE. | | | SALES TAX | 62.42 |
| | | | | | | PLEASE PAY THIS AMOUNT | 1636.50 |

CUSTOMER #: MF317706

**392963**

# TRACY CHEVROLET

3400 AUTO PLAZA PARKWAY
TRACY, CA 95304
PHONE: 209-835-4500
FAX: BUS. OFFICE 209-835-6246
PARTS DEPT.(209) 229-7111
EMAIL: www.tracychevrolet.com

JASON STANFORD
1143 HIDDEN RDG APT 1149
IRVING, TX 75038

WORKORDER

PAGE 1

BAR # ARD 254179
EPA # CAL 000330423

| HOME: | | CONT:972-809-7698 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BUS: | | CELL:972-809-7698 | | SERVICE ADVISOR: 431 PEREZ LOPEZ,ALONSO | | | | |

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN | | TAG |
|---|---|---|---|---|---|---|---|---|
| | 21 | GMC SIERRA 3500 | | 1GT49WEY7MF317706 | | 86715/ | | T2252 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 09AUG21 DD | | | 18:00 14FEB23 | | 0.00 | CASH | |

| R.O. OPENED | | BOOKED | OPTIONS: | DLR:06222 ENG:6.6_Liter_Turbo |
|---|---|---|---|---|

14FEB2023 15:54

| LINE | OP CODE | TECH... | TYPE | DESCRIPTIONS/INSTRUCTIONS |
|---|---|---|---|---|
| # A | BRAKES | | CC | CUSTOMER REQUESTS TO REPLACE PASSENGER REAR BRAKE CALIPER. TRAILER BRAKES FAILED CAUSING REAR CALIPER TO SEIZE. |

```
*****************************************************************
```

Preliminary Estimate : $0.00

```
*****************************************************************
```

THANK YOU!

**THIS IS NOT AN INVOICE**

BY LAW, YOU MAY CHOOSE ANOTHER LICENSED SMOG CHECK FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.

SUBJECT TO CONDITIONS ON REVERSE SIDE OF THIS CONTRACT. PLEASE READ REVERSE SIDE.

I, the registered vehicle owner, hereby authorizes the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express fact and empower you to may create and cash any draft or instrument issued in payment of this repair order by any third party in my name and to sign my name thereto. Receipt of vehicle described herein for repair or alteration is hereby acknowledged by dealer. Said customer is hereby noti- fied that the said property, or its contents, is not insured or protected to the amount of actual cash value thereof, or otherwise, by the undersigned dealer against loss occasioned by theft, fire or vandalism while the property remains with the dealer. Customer states no articles of personal property have been left in the vehicle. and the dealer is not responsible for inspection thereof. Cust- omer will be responsible for payment of reasonable attorney fees and costs in the event suit is brought for collection. I authorize warranty work to be performed on my vehicle. In the event that any work performed is not accepted for warranty payment by the manufacturer, then I, the customer, will be held responsible for the outstanding balance. This agreement in no way limits your warranty coverage if this situation does occur, then you will receive documentation of denied warranty for your records.

PRELIMINARY ESTIMATE  $   WHICH INCLUDES A HAZARDOUS WASTE DISPOSAL FEE OF  $

AUTHORIZED BY: X

**TERMS:** CASH OR APPROVED CREDIT CARDS
LINE FEE PRIOR ARRANGEMENTS HAVE BEEN MADE

WARNING Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. These chemicals are contained in many vehicle components and replacement parts, vehicle fluids, and paints and materials used to maintain service vehicles, including, but not limited to, fuel, oil batteries, brakes, and wheel balancing weights. When you service, clean or maintain your car, you will be exposed to latest chemicals contained in used oil, waste and replacement fluids, fumes, grease, grime, bloodroot paint, certain replacement parts, and particulates from component wear. When we service your car, we will return used components to you upon request. Used parts and components contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. To minimize true exposure when servicing, maintaining or cleaning your vehicle: 1) work in a well ventilated area; 2) wash your hands when finished or when taking a break; and 4) follow all manufacturer instructions pertaining to proper car care and maintenance of motor vehicles and vehicle components.

ALL PARTS REMOVED WILL BE DISCARDED UNLESS OTHERWISE REQUESTED PRIOR TO BEGINNING WORK. I REQUEST THAT MY PARTS BE SAVED.
☐ SAVE PARTS    X

ALL PARTS ARE NEW UNLESS OTHERWISE SPECIFIED.

| DATE | TIME | PHONE # OR IN PERSON | AUTHORIZED BY: | ADDITIONAL AMOUNT |
|---|---|---|---|---|
| REASON | | | | REVISED TOTAL |
| DATE | TIME | PHONE # OR IN PERSON | AUTHORIZED BY: | ADDITIONAL AMOUNT |
| REASON | | | | REVISED TOTAL |
| DATE | TIME | PHONE # OR IN PERSON | AUTHORIZED BY: | ADDITIONAL AMOUNT |
| REASON | | | | REVISED TOTAL |
| DATE | TIME | PHONE # OR IN PERSON | AUTHORIZED BY: | ADDITIONAL AMOUNT |
| REASON | | | | REVISED TOTAL |

LOCATION    QUALITY CONTROLLED BY    MILES



# L E H M E R ' S
# CONCORD
BUICK GMC

1905 Market Street, Concord, CA 94520
(925) 685-4481   (925) 609-7853
www.lehmers.com
M-F: 8:00 am - 5:00 pm
SAT: 8:00 am - 4:00 pm
SUN: CLOSED

**RETURN/REFUND POLICY:** ALL RETURNS MUST BE ACCOMPANIED BY THIS INVOICE AND ARE SUBJECT TO A 35% HANDLING CHARGE. RETURNED ITEMS MUST BE IN THE ORIGINAL UNOPENED BOX OR CONTAINER. PLEASE NOTE THAT THE DEALERSHIP WILL <u>NOT</u> ACCEPT RETURNS OR MAKE REFUNDS AFTER 5 DAYS. NO REFUNDS OR RETURNS ON SPECIAL ORDER PARTS OR ELECTRICAL PARTS.

| DATE ENTERED 13 JUL 23 | YOUR ORDER NO. | DATE SHIPPED 13 JUL 23 | INVOICE DATE | INVOICE NUMBER 53394 |
|---|---|---|---|---|

SOLD TO: JASON

ACCOUNT NO. 20

SHIP TO:

PAGE 1 OF 1

| SHIP VIA | SLSM. 73 | CUSTOMER NO. (925)685-4481 | TERMS CASH | TAX ID CONCORD, CA | |
|---|---|---|---|---|---|
| QUANTITY ORD / SHIP / B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
| 2  2  0 | 13529518  (S)ROTOR  5809  25 | | 253.52 | 253.52 | 507.04 |
| | 1GT49WEY7MF317706 | | | | |

PAID
JUL 13 2023
VISA
By: ................

| | | | |
|---|---|---|---|
| | | PARTS | 507.04 |
| | | SUBLET | |
| | | FREIGHT | |
| CUSTOMER'S SIGNATURE | | SALES TAX | 0.00 |
| X | | | 49.44 |
| | | **TOTAL** | $556.48 |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON REVERSE SIDE.**

Exhibit #24

CUSTOMER COPY

 

**CHEVROLET**

6800 South Torrey Pines Drive · Las Vegas, NV 89118
(702) 982-4000
Wholesale Phone (702) 982-4061
Wholesale Fax (702) 567-2279
findlaychevy.com

NO REFUND WITHOUT THIS INVOICE. ELECTRICAL AND SPECIAL ORDER PARTS ARE NOT RETURNABLE.
TORN, DAMAGED OR SOILED PACKAGES ARE NOT REFUNDABLE. NO EXCEPTIONS. NO REFUNDS AFTER 30 DAYS.
ALL REFUNDS WILL BE ISSUED IN CHECK FORM.
30% HANDLING CHARGE ON ALL OTHER RETURNS. ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE.

**DISCLAIMER OF WARRANTIES**

Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either expressly or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | 08:17 |
|---|---|---|---|---|---|
| 15 JUL 23 | | 15 JUL 23 | | | 491305 |

SOLD TO

ACCOUNT NO. 257855

JASON STANFORD
NV

SHIP TO

PAGE 1 OF 1

| SHIP VIA | SLSM. 7676 | B/L NO. (972) 809-7698 | TERMS CASH | F.O.B. POINT LAS VEGAS, NV |
|---|---|---|---|---|

| QTY ORD | QTY SHP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2 | 2 | 0 | 13550274 1366C | (S)ROTOR5809 | 307.08 | 307.08 | 614.16 |
| | | | Part number | 13550274 | | replaces | 13512717 |
| | | | 1GT49WEY7MF317706 | | | | |

*Thank You!*

PAID
DATE 07/15/23 INITIAL MM
CASH _____ AMOUNT _____
CHG VICA AMOUNT $665.60
CHECK _____ AMOUNT _____
CHECK # _____

*We Appreciate Your Patronage*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*FINDLAY CHEVROLET-SATURN PARTS \*\*\*
\*\*\*\*\*\*\*\*\*\*DEPARTMENT\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CUSTOMER'S SIGNATURE
X

| PARTS | 614.16 |
|---|---|
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX | 51.44 |
| **TOTAL** | **$665.60** |

Picked By _____

Exhibit #25

CUSTOMER COPY

 

**CHEVROLET**

6800 South Torrey Pines Drive · Las Vegas, NV 89118
(702) 982-4000
Wholesale Phone (702) 982-4061
Wholesale Fax (702) 567-2279
findlaychevy.com

NO REFUND WITHOUT THIS INVOICE. ELECTRICAL AND SPECIAL ORDER PARTS ARE NOT RETURNABLE.
TORN, DAMAGED OR SOILED PACKAGES ARE NOT REFUNDABLE. NO EXCEPTIONS. NO REFUNDS AFTER 30 DAYS.
ALL REFUNDS WILL BE ISSUED IN CHECK FORM.
30% HANDLING CHARGE ON ALL OTHER RETURNS. ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE.

**DISCLAIMER OF WARRANTIES**

Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either expressly or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE | 07:13 |
|---|---|---|---|---|---|
| 15 JUL 23 | | 18 JUL 23 | | NUMBER | 491352 |

S
O
L
D
T
O

ACCOUNT NO. 257855

JASON STANFORD
NV

S
H
I
P
T
O

PAGE 1 OF 1

| SHIP VIA | | SLSM. | B/L NO. (972)809-7698 | TERMS | | F.O.B. POINT | |
|---|---|---|---|---|---|---|---|
| | | 7773 | | CASH | | LAS VEGAS, NV | |

| ORD | QUANTITY SHP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 84271031 | W-(S)BEA5855 | 88.80 | 88.80 | 88.80 |
| | | | 1GT49WEY7MF317706 | | | | |

BRAKE MASTER
4620 W CRAIG
LAS VEGAS NV 89302

**PAID**
DATE 07/18/23 INITIAL MM
CASH_____ AMOUNT +96.24
CHG VISA AMOUNT $ 96.24
CHECK_____ AMOUNT_____
CHECK #_____

*Thank You!*

*We Appreciate Your Patronage*

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**FINDLAY CHEVROLET-SATURN PARTS ***
* * * * * * * * * *DEPARTMENT* * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

CUSTOMER'S SIGNATURE
X

| PARTS | 88.80 |
|---|---|
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX | 7.44 |
| **TOTAL** | **$96.24** |

Picked By_____

Exhibit #26

**Brake Masters #192**
4620 W. CRAIG RD.
North Las Vegas, NV 89032
702-454-0500
192@brakemasters.com

**Jason Stanford**
5756 Jillian Way
Grand Prairie, TX 75052
+1 972-809-7698

**2021 GMC Sierra 3500 HD**
1GT49WEY7MF317706
Engine: 6.6L V8 (Y) L5P
Turbocharged DIESEL FI
Plate: PYC0861
Odometer In: 144550
Odometer Out: 144550

**Advisor: 5160-Jose Carrillo**
Technician: 5480-John Millinger

**GRAND TOTAL: $838.80**

✔ PAID

## Reason for Customer's Visit

R&R Custometr Supplied Pads and Rotors

## Primary use of vehicle

Daily Driver

### SERVICES

### Courtesy Multi-Point Inspection

**SUBTOTAL: $0.00**

**LABOR**

Includes depending on vehicle: Check all dash warning lights, headlights, brake lights, turn signals, horn wipers, cabin filter. Underhood: check battery, air filter, applicable fluids, belts, master cylinder & booster, oil level, visual leaks. Undercar: tire wear, center link, pitman and idler arm, steering gear, bushings, tie rod ends, ball joints, CV axle & boots, control arms, shocks and struts, springs, sway bar bushing and links, mounts, exhaust, wheel bearings, tire pressure (CA Only), and visual leaks from oil pan A/T diff and trans case. Brakes: rotor and drum specs, brake hoses, hydraulics, brake lining specs.

Labor: $0.00
Parts: $0.00
Fees: $0.00
Sublet: $0.00

### Rear Brakes 3/4 Ton. 1 Ton or 4-Wheel Drive Vehicle

R&R Customer Supplied Pads And Rotors

**SUBTOTAL: $523.54**

Labor: $490.00
Parts: $30.04
Fees: $3.50
Sublet: $0.00

**LABOR**

Rear Brakes 3/4 Ton. 1 Ton or 4-Wheel Drive Vehicle

Customer has been provided the brake rotors machine to and discard specifications and elect to repiace the rotors as opposed to attempting to machine them. Customer acknowledges this is voluntary and not necessary unless they opt to machine the rotors and Brake Masters finds they will be below specification for a fresh surface or to remove runout. Customer understands they may need to replace the rotors anyway, but this is an unknown until the rotors are machined.

Assemble & Disassemble

| PARTS | PART # | QTY | EACH | TOTAL |
|---|---|---|---|---|
| Wheel Lug Nut | 711-606 | 1.0 | $30.04 | $30.04 |

| HAZMATS & FEES | | QTY | FEE | TOTAL |
|---|---|---|---|---|
| Disposal Fee | | 1.0 | $3.50 | $3.50 |

### Brake Fluid Flush Service

**SUBTOTAL: $143.38**

**LABOR**
Brake Fluid Flush Service

Exhibit #27

Labor: $99.88
Parts: $40.00

**Brake Masters #0-92**
4620 W. CRAIG RD.
North Las Vegas, NV 89032
702-454-0500
192@brakemasters.com

---

Bleed and Adjust Braking System

Fees: $3.50
Sublet: $0.00

| PARTS | PART # | QTY | EACH | TOTAL |
|---|---|---|---|---|
| Dot 3 Brake Fluid (Ounces) | TEC2232 | 16.0 | $2.50 | $40.00 |

| HAZMATS & FEES | | QTY | FEE | TOTAL |
|---|---|---|---|---|
| Disposal Fee | | 1.0 | $3.50 | $3.50 |

---

## Remove & Replace Wheel Bearing

CUST SUPP PART

**LABOR**
Remove & Replace Wheel Bearing

**SUBTOTAL: $140.00**

Labor: $140.00
Parts: $0.00
Fees: $0.00
Sublet: $0.00

---

### Terms of Service:

For complete warranty information, please go to www.brakemasters.com/warranty/. All parts installed are new unless specifically notated. Customer authorizes the repairs and services noted on this invoice which may have been previously authorized in writing including any verbally authorized approval or revision to a prior estimate. Customer endorses the attached digital image of their signature as equivalent to their written signature as proof of their agreement and authorization.

Customer consents to communication about this repair order via voice, text or email. This may include estimate approvals, sending of invoices or requests for feedback.

### GRAND TOTAL: $838.80

Total Labor: $729.88
Total Parts: $70.04
Total Fees: $7.00
Total Sublets: $0.00
Shop Supplies: $24.00
Sales Tax: $7.88

**✔ PAID**

07/18/2023 04:15 PM
Paid by Credit Card via Terminal: **$838.80**

Signed:

**Authorization:**

BRAKE MASTERS

Brake Masters #192
4620 W. CRAIG RD.
North Las Vegas, NV 89032
702-454-0500
192@brakemasters.com

**INSPECTION REPORT**

## Courtesy Multi-Point Inspection

☑
☑
☑
☑

## Rear Brakes 3/4 Ton. 1 Ton or 4-Wheel Drive Vehicle

☑
☑
☑
☑
☑
☑
☑
☑

## Brake Fluid Flush Service



Brake Masters #192

4620 W. CRAIG RD.
North Las Vegas, NV 89032
702-454-0500
192@brakemasters.com

**FINDINGS**



Rear Left Caliper piston broken , caliper is on back order from dealership. The customer is aware , and needs to get back on the road. Not responsible for damage

Customer is ordering Caliper , will arrive Tuesday

**Attached Images:**



**C&S**
TRAILERS
FORT WORTH, TX
817 451-8822

| Invoice | 10/17/22 |
|---------|----------|

## Invoice # 161264

| **Customer Info** | | **Location & Salesperson Info** | | **Invoice Info** | |
|---|---|---|---|---|---|
| Name: | ROLLIN' SMOKE LLC | Location: | CST - C&S TRAILERS | Invoice Type: | Trailer Production Invoice |
| Address: | 5756 JILLIAN WAY | Created By: | Aubree Walters | Date: | 10/17/22 |
| City, State & Zip: | GRAND PRAIRIE, TX 75052 | Salesperson: | Brad Brown | Paid Date: | Pmt. Pending... |
| Phone: | 972-809-7698 | Other Salesperson: | | Invoice Amount: | $11,420.65 |

### Invoice Line Items (8)

| # | Quantity | Price | Part | UofM | Description | Extended | Tax |
|---|----------|-------|------|------|-------------|----------|-----|
| 1. | 1.00 | $10,500.00 | Unit # 17443 | | 2022 Used 3210 RLR 32 Black VIN: 4T93H3222NM402049 | $10,500.00 | $681.45 |
| 2. | 1.00 | $50.00 | Dealer Handling Fee | | Doc Fee | $50.00 | $0.00 |
| 3. | 1.00 | $10.00 | Collected | | Road & Bridge | $10.00 | $0.00 |
| 4. | 1.00 | $38.00 | Collected | | Title | $38.00 | $0.00 |
| 5. | 1.00 | $11.95 | Fee | | Postage & Handling | $11.95 | $0.00 |
| 6. | 1.00 | $110.00 | Collected | | License Fee | $110.00 | $0.00 |
| 7. | 1.00 | $4.75 | Fee | | State Collected Processing & Handling Fee | $4.75 | $0.00 |
| 8. | 1.00 | $14.50 | State Safety Inspection | ea. | State Safety Inspection | $14.50 | $0.00 |

**Special Customer/Unit Information:**
Title 1: System Quote
Driver License #: 25659326

Sub Total: $10,739.20
Taxes: $681.45

**Total: $11,420.65**

### Payments Made (1)

| Amount | Type | Date | Check # | CC App. | Notes |
|--------|------|------|---------|---------|-------|
| $1,300.00 | Cash | 10/17/22 | | | down payment |

**$11,420.65** :: Invoice Total
**$1,300.00** :: Payments

**$10,120.65** :: Amount Owed

### Contact Info
Salesperson: Brad Brown
Location: CST - C&S TRAILERS
Corporation: C&S TRAILERS
Address: 4111 E LOOP 820 S
City, State Zip: FORT WORTH, TX 76119
Phone: 817-451-8822 (phone)
817-451-8982 (fax)
Email: brad@cstrailers.com
Website: www.cstrailers.com

## Thank you for your business!

Customer Signature: _____ - Date: _____

Exhibit #28



U.S. Department of Transportation
Federal Motor Carrier Safety Administration

1200 New Jersey Ave., S.E.
Washington, DC 20590

**SERVICE DATE**
October 31, 2022

## CERTIFICATE
**MC-1476454-C**
U.S. DOT No. 3959942
ROLLIN SMOKE AT THE ATTACHE
GRAND PRAIRIE, TX

This Certificate is evidence of the carrier's authority to engage in transportation as a **common carrier of property (except household goods)** by motor vehicle in interstate or foreign commerce.

This authority will be effective as long as the carrier maintains compliance with the requirements pertaining to insurance coverage for the protection of the public (49 CFR 387) and the designation of agents upon whom process may be served (49 CFR 366). The carrier shall also render reasonably continuous and adequate service to the public. Failure to maintain compliance will constitute sufficient grounds for revocation of this authority.

*Jeffrey L. Secrist*

Jeffrey L. Secrist, Division Chief
Office of Registration

**NOTE:** Willful and persistent noncompliance with applicable safety fitness regulations as evidenced by a DOT safety fitness rating of "Unsatisfactory" or by other indicators, could result in a proceeding requiring the holder of this certificate or permit to show cause why this authority should not be suspended or revoked.

CMO

Exhibit #29

**Registration Date**

Dec - 16 - 2022

**Load Number**
100166-A

## Contact information

| Broker | Barry | Customer | Albert |
| --- | --- | --- | --- |
| Broker Cell: | 838-800-8186 | Customer Cell | 442-255-2944 |
| Broker Email: | Barry@nationalfivestar.com | Customer email: | barry@nationalfivestar.com |

## Carrier information

| Company Name: | O AND P LOGISTICS LLC | Contact: | Edwin Ojeda |
| --- | --- | --- | --- |
| DOT: | 3693177 | Phone: | (267) 340-0725 |
| MC: | 1289233 | Email: | OANDPLOGISTICSLLC@GMAIL.COM |

## Load Details

| Service: | Weight: | Commodity: |
| --- | --- | --- |
| Solo | 1500 | doors on pallet |

### Pickup

**DH PACE**
825 WEST SANDY LAKE RD Suite 100
COPPELL TX 75019
Date: 12 - 16 - 22   Time: 8am-2pm
**Comments:**

Must tarp 2 pieces
Reference: Project # 261-230202

### Delivery

**COSTCO 658**
3250 W Grant Line RD
TRACY CA 95304
Date: 12 - 19 - 22   Time: 8am-3pm
**Comments:**

**Payment Method:**  Carrier will be paid after the delivery in 24-48 hours after checking the product and getting POD.
The Carrier will be paid by Zelle, which number will be confirmed after the delivery via FMCSAs email.
Payment will be without fees.

*For all questions or issues please contact with Barry or Albert by email.*

Rate: $1700.00

Driver Name:_____Jason_____   Truck/Trailer#:_____01_____
Driver Cell Phone 9728097698

Carrier Signature                Date:__16/12/2022_

Page 1 of 1

Exhibit #30

## AA FREIGHT BROKERS

TRUCKLOAD TRANSPORTATION BROKERS MC# 557712
932 E. HUBER ST    MESA, AZ 85203
KAREN CELL: 520-338-4576 / LOREN CELL 520-780-6448
BILLING EMAIL: karen.franco83@gmail.com

# LOAD KF 5994

DATE        12/16/2022
CARRIER:  O AND P LOGISTICS LLC
ATTN:        JASON       510-903-3432   jasonfromkba@gmail.com

This confirms and establishes our agreement for transportation to the following:

SHIPPER :      SSC Signs & Lighting, LLC
                    2090 McGee Lane
                    Lewisville, TX 75077

COMMODITY AND WEIGHT:  MISC INTERIOR SIGNS ON SKIDS – TARP

LOADING DATE:  FRIDAY 12/16/2022 11-2:30

CONSIGNEE:   SITE DELIVERY TO GC CREW SUNDAY OR MONDAY NIGHT 9PM TO 7 AM
                    23160 Sunnymead Blvd
                    Moreno Valley, CA 92553

DELIVERY DATE & TIME:  **DELIVER SUNDAY OR MONDAY OVERNIGHT 9 PM TO 7 AM
CANNOT DELIVER DURING DAY—THE GC RECEIVING IS ONLY THERE OVERNIGHT
DO NOT TRY TO DELIVER TO RESTAURANT EMPLOYEES

RATE: $1400 HOT SHOT PARTIAL/INCL TARPING

**. No double brokering will be accepted. A fee will apply if truck fails to pick up and/or
deliver as agreed. Your signature acknowledges this load agreement. This load
conformation must be signed and received by fax before truck will be loaded. No back
solicitation is allowed from shippers and/or consignees.

O AND P LOGISTICS LLC MC 1289233          *AA FREIGHT BROKERS, LLC*

X_____          *KAREN FRANCO*
Please review details, sign and email back          *MC 557717*

Exhibit #31

**LOAD NO: #21286**    Page 1 of 1

# LOAD TENDER

Please have driver call for dispatch. Phone:
(267) 892-5955
FOR PAYMENT SEND
INVOICE AND POD TO:
pod1greenlogistics@gmail.com
greenlogiaticsllc20@gmail.com

Carrier: **ROLLIN SMOKE AT THE ATTACHE**    Phone: (972) 809-7698        MC # **1476454**
Contact:                                    Fax:                          DOT # **3959942**

| LOAD CONFIRMATION AND PAYMENT AGREEMENT -- PLEASE SIGN & RETURN ASAP | | |
|---|---|---|
| MILES: | SIZE: | |
| WEIGHT: **6,200 lbs** | TRAILER #: | Flat Rate: $1,250.00 |
| FREIGHT CLASS: | TEMPERATURE: | Total: **$1,250.00** |
| EQUIPMENT: **Hotshot** | | |

## Initial Pickup

| PAC-CLAD | Date: Fri, 12/16/2022 | Product: STEEL COILS |
|---|---|---|
| 10551 PAC RD | Time: by 14:00pm | PO #: |
| TYLER,, TX | Pickup #: 03501493 | Weight: 6,200 lbs |
| | | Quantity: 0     Type: |

Pickup Note:
1 SKID @ 5 X 5 X 5 tarp needed
MUST TARP ONSITE

## Final Destination

| PAC-CLAD | Date: Mon, 12/19/2022 | Product: STEEL COILS |
|---|---|---|
| 1800 S, 7 TH AVE | Time: call with ETA | PO #: |
| PHOENIX,, AZ | Delivery #: | Weight: 6,200 lbs |
| | | Quantity: 0     Type: |
| | | BOL #: |

Delivery Note:

**Note**                                  *Please take a note:*

- Payment of detention is determined on a load-by-load basis. Unauthorized charges will not be paid. Detention payment does not begin for at least 2 hours unless otherwise agreed to in writing. Each hour pays $25 after checking in,max is $250
- Layover starts to count if the total waiting time exceeds 12 hours after checking in. The standard rate applies for a total of $250.
- Truck Ordered Not Used pays $150.
- This is a rate confirmation not a BOL. If you use this as BOL you may not be paid.
- Send the clean picture of POD after delivery within 24 hours. No pictures or dark images accepted.

**BROKER SIGNATURE:**    Diana Miller, Green Logistics LLC        **CARRIER SIGNATURE:**
                         greenlogisticsllc20@gmail.com
12/16/2022 01:31 PM                                                  Please send bills to:

Exhibit #32

PRO # **461778**   **Rate Confirmation**
12/14/22 10:58:57 (EST)



**ST FREIGHT**
Proven Transportation Solutions

ST FREIGHT, LLC
SEND TO: BILLING@STFREIGHT.COM
P.O. BOX 1147
MANITOWOC WI 54221-1147

**F R O M**
TONY ABTS
(920) 686-8200 X 7714 (p)
(920) 682-3097 (f)
tabts@stfreight.com

**C A R R I E R**
ROLLIN SMOKE AT THE ATTACHE
(972) 809-7698 (p) Att: JASON STANFORD
(972) 809-7698 (f)
MC # 1476454          Truck #
DOT   3959942          Trailer #
Driver JASON           Cell #

| Size & Type: | 22' FLATBED OR STEPDECK | Description: RANCH EQUIPMENT | Miles: |
|---|---|---|---|
| Pieces: | | Weight: 2500 | |

| CHARGES | | DISPATCH NOTES |
|---|---|---|
| LINE HAUL RATE | 2200.00 | 4488-LD-0274685 / 4287-LD-0274683 / CONTACT THE CUSTOMER 24 HOUR |
| MISCELLANEOUS | 300.00 | BEFORE DELIVERY TO SET A DELIVERY APPOINTMENT. |
| TOTAL RATE | 2500.00 | |

**PICK** 1

PRIEFERT MANUFACTURING                                 Ready Date: 11/01/22
501 FM 4000 GATE 8
MOUNT PLEASANT TX 75455
Phone/Contact: (903) 434-8904 HUNTER DAVIS

**STOP 1**

BETTINA BOSMA
1591 RED CANYON CREEK
EDWARDS CO 81632
Phone/Contact: (917) 386-5015

**STOP 2**

REBECCA ADAMS
747 V44W ROAD
NORWOOD CO 81423
Phone/Contact: (917) 327-9355 REBECCA

*BY ACCEPTING THIS LOAD, DRIVER MUST HAVE ENOUGH HOURS IN THE LOG BOOK TO MEET
THE DELIVERY DATE AND TIME - OS&D CALLS MUST BE MADE FROM DELIVERY LOCATION -
ANY CLAIM WILL BE DEDUCTED FROM SETTLEMENT - NO DOUBLE BROKERING - LUMPERS MUST
BE PRE-APPROVED & HAVE VALID RECEIPT - STF DOES NOT ISSUE ADVANCES FOR LUMPERS
WITHOUT A FEE - CARRIER IS RESPONSIBLE FOR ALL MISSED & CANCELED APPT FEES -
CARRIER is RESPONSIBLE FOR COUNT AND CONDITION OF PRODUCT. CARRIER MUST BE ELD
COMPLIANT OR PROOF OF EXEMPTION - CHECK CALLS MUST BE MADE DAILY BEFORE 1030 -
DRIVER MUST CALL THE NUMBER ON THE TOP OF PAGE FOR DISPATCH - $100.00 FEE FOR
IMPROPER BOL - V&R LOADS MUST BE SEALED - HOURS ARE MONDAY-FRIDAY 0730-1600*

Exhibit #33

Carrier Signature _____          Date _____ /_____ /_____
                                                           M        D
Send Carrier Bills to the Address Above       PRO # **461778**     must appear on all Invoices

J. Stanford

rollinsmoke24@gmail.com
IP: 72.182.175.254          Sertifi Electronic Signature
                            DocID: 20221214095847765

# SHIPNET
## MC#1430490



**SHIPNET LOGISTICS INC**
495 Route 70 #1024
Brick, NJ 08723
Phone: (732) 231-2794
Email: info@shipnetlogisticsinc.com

Load Number(s): 10760787
Initial Rate: $1,250.00
Quick pay (3.5%): -$43.75
Final Rate: $1,206.25

## Contact Information

Broker Name: Jack Stivenson

Broker Cell: 732 231-2794 ext516

Broker Email: Jackshipnet@gmail.com

Manager Name: Morgan Harris

Manager Cell: (732) 231-2794 ext 501

Manager email: Morganshipnet@gmail.com

## Carrier Information

MC #: 1289233

Contact: Justin Perez

Email : justinjayperez99@gmail.com

Phone : (267) 261-2979

## Load Details

| Service: Solo | Weight: 426 | Commodity: Wood Crate with AC | Load type: Partial/Dry |
|---|---|---|---|

*Pickup(s):*
MODINE MANUFACTURING COMPANY
224 TALLEY NICHOLS DR
Jacksonville, TX 75766

Comments:
No Tarp

Date: 12 - 14 - 22 11:00 AM

*Drop off(s):*
ENERGU LABS
1695 CACTUS RD
San Diego, CA 92154

Date: 12 - 16 - 22 15:00 AM

For submitting the paperwork, checking the payment status or changing the payment option, please contact our accounts payables representative: **Emily Jackson** Email: **ap@shipnetlogisticsinc.com** Phone: **(732) 231-2794 Ext. 505.** For any other inquiries/complaints feel free to email us anytime: info@shipnetlogisticsinc.com

Exhibit #34



# INVOICE

# 15435

**KBA BROTHERS LLC**

Bill To:
**JASON STAFFORD**
ROLLIN SMOKE AT ATTACHE

| | |
|---|---|
| Date: | Dec 12, 2022 |
| Payment Terms: | 6% |
| Due Date: | Dec 12, 2022 |
| PO Number: | 15435 |
| **Balance Due:** | **$117.00** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Reno NV to Bisbee AZ ($1950)** | 1 | $117.00 | $117.00 |

| | |
|---|---|
| Subtotal: | $117.00 |
| Tax (0%) | $0.00 |
| Total: | $117.00 |

Notes:
Invoice for last week is attached.

You can send it

zelle: kbadadispatch@gmail.com
OR
BANK NAME: CHASE BANK
TITLE: KBA BROTHERS
ACCOUNT#: 906879611
ROUTING#: 322271627

Exhibit #35



# INVOICE

# 164534



**KBA BROTHERS LLC**

| | |
|---|---|
| Date: | Dec 19, 2022 |
| Payment Terms: | 6% per Load |
| Due Date: | Dec 19, 2022 |
| PO Number: | 164534 |

Bill To:

**Rollin Smoke at Attache**
5756 JILLIAN WAY
GRAND PRAIRIE, TX 75052-0418

**Balance Due:** **$375.00**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| TX to AZ | 1 | $75.00 | $75.00 |
| TX to CA | 1 | $84.00 | $84.00 |
| TX to CA | 1 | $102.00 | $102.00 |
| TX to CO | 1 | $114.00 | $114.00 |

| | |
|---|---|
| Subtotal: | $375.00 |
| Tax (0%): | $0.00 |
| Total: | $375.00 |

Notes:

You can send it

zelle: kbadadispatch@gmail.com
OR
BANK NAME: CHASE BANK
TITLE: KBA BROTHERS
ACCOUNT#: 906879611
ROUTING#: 322271627

# INVOICE

# 387456

**KBA Brothers LLC**

| | |
|---|---|
| Date: | Jan 6, 2023 |
| Payment Terms: | 6% |
| Due Date: | Jan 9, 2023 |
| PO Number: | 387456 |

Bill To:

**Rollin Smoke at the Attache**
Owner: Jason Stanford

**Balance Due:** **$321.00**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Lodi NJ to Hollister CA ($3000)** | 1 | $180.00 | $180.00 |
| **NJ to CA ($1750)** | 1 | $105.00 | $105.00 |
| **Stockton CA to Minden NV ($600)** | 1 | $36.00 | $36.00 |

| | |
|---|---|
| Subtotal: | $321.00 |
| Tax (0%): | $0.00 |
| Total: | $321.00 |

Notes:

You can send it
zelle: kbadadispatch@gmail.com
OR
BANK NAME: CHASE BANK
TITLE: KBA BROTHERS
ACCOUNT#: 906879611
ROUTING#: 322271627

# INVOICE

# 3452346

**KBA Brothers LLC**

Bill To:
**Rollin Smoke at the Attache**

| | |
|---|---|
| Date: | Jan 6, 2023 |
| Payment Terms: | 6% |
| Due Date: | Jan 9, 2023 |
| PO Number: | 3452346 |
| **Balance Due:** | **$285.00** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Lodi NJ to Hollister CA ($3000)** | 1 | $180.00 | $180.00 |
| **Dayton, WA to Roff OK ($4100)** | 1 | $105.00 | $105.00 |

| | |
|---|---|
| Subtotal: | $285.00 |
| Tax (0%): | $0.00 |
| Total: | $285.00 |

Notes:

You can send it

zelle: kbadadispatch@gmail.com
OR
BANK NAME: CHASE BANK
TITLE: KBA BROTHERS
ACCOUNT#: 906879611
ROUTING#: 322271627

# INVOICE

# 2345524

**KBA Brothers LLC**
7308 Carter Avenue
Newark California

Bill To:
**Rollin Smoke at the Attache**

| | | |
|---|---|---|
| Date: | | Jan 9, 2023 |
| Payment Terms: | | 6% |
| Due Date: | | Jan 11, 2023 |
| PO Number: | | 2355424 |
| **Balance Due:** | | **$72.00** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Fresno CA to Tonto Basin AZ ($1200)** | 1 | $72.00 | $72.00 |

| | |
|---|---|
| Subtotal: | $72.00 |
| Tax (0%): | $0.00 |
| Total: | $72.00 |

Notes:
You can send it

zelle: kbadadispatch@gmail.com
OR
BANK NAME: CHASE BANK
TITLE: KBA BROTHERS
ACCOUNT#: 906879611
ROUTING#: 322271627

# INVOICE

# 4534345

| | |
|---|---|
| Date: | Jan 23, 2023 |
| Payment Terms: | 6% |
| Due Date: | Jan 27, 2023 |
| PO Number: | 4534345 |

**KBA Brother LLC**
730 Carter Avenue
Newark California

Bill To:

**ROLLIN SMOKE AT THE ATTACHE**
5756 JILLIAN WAY
GRAND PRAIRIE, TX 75052-0418
Mr. Jason

**Balance Due:**          **$264.00**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| Houston TX to Oakland CA ($1200) | 1 | $72.00 | $72.00 |
| Gainsville TX, to San Diego CA ($2000) | 1 | $120.00 | $120.00 |
| BRAND SCAFFOLD-CA to SPARKS NV ($1200) | 1 | $72.00 | $72.00 |

| | |
|---|---|
| Subtotal: | $264.00 |
| Tax (0%): | $0.00 |
| Total: | $264.00 |

Notes:

You can send it

zelle: kbadadispatch@gmail.com
OR
BANK NAME: CHASE BANK
TITLE: KBA BROTHERS
ACCOUNT#: 906879611
ROUTING#: 322271627



# INVOICE

# 4534345

**KBA Brother LLC**
7308 Carter Avenue
Newark California 94560

Bill To:

**Rollin Smoke at the Attache**
Mr. Jason Stanford

| | |
|---|---|
| Date: | Jan 26, 2023 |
| Payment Terms: | 6% |
| Due Date: | Jan 27, 2023 |
| PO Number: | 4534345 |
| **Balance Due:** | **$396.00** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| Santa fe spgs CA to Tipp city OH ($800) | 1 | $48.00 | $48.00 |
| Visalia CA to Westbury NY ($3100) | 1 | $186.00 | $186.00 |
| LEWISVILLE, TX to WILMINGTON, NC ($1800) | 1 | $108.00 | $108.00 |
| Visalia CA to Moorestown, NJ ($900) | 1 | $54.00 | $54.00 |

| | |
|---|---|
| Subtotal: | $396.00 |
| Tax (0%): | $0.00 |
| Total: | $396.00 |

Notes:

You can send it

zelle: kbadadispatch@gmail.com
OR
BANK NAME: CHASE BANK
TITLE: KBA BROTHERS
ACCOUNT#: 906879611
ROUTING#: 322271627



KEN PAXTON
ATTORNEY GENERAL OF TEXAS

## Complaint Summary

| | |
|---|---|
| **Name of person you dealt with** | Valgene Shannon |
| **How did you first come into contact with this business or individual?** | I went to company's place of business |
| **If other, please specify.** | |
| | |
| **If you responded to a solicitation in another language, which?** | |
| | |
| **Where did the transaction take place** | At business |
| **If other, please specify** | |
| | |
| **Transaction Date** | 12/15/2022 |
| **Please describe your complaint in detail** | violation of DTPA (13)(22) was charged for service that was unauthorized in addition to not performed, was told that repair and replacement of parts were necessary when they were not |
| | |
| **Have you complained to the business or individual?** | Yes |
| **If Yes, when?** | 12/16/2022 |
| **What was the business' or the individual's response?** | District supervisor Trevor Uraine refused to respond to multiple attempts to file a formal complaint |
| | |
| **Did you sign a contract?** | No |
| **How much did the company/individual originally ask you to pay?** | $1,800.00 |
| **How much did you actually pay?** | $3,000.00 |
| **Method of Payment** | DEBIT |
| **Date of Payment** | 12/15/2022 |
| | |
| **Have you contacted another agency or attorney about this complaint?** | No |
| **If yes, please list name and address of the agency or attorney?** | |
| **What action was taken by this agency or attorney?** | |

Exhibit #36



KEN PAXTON
ATTORNEY GENERAL OF TEXAS

## Consumer's Information Summary

| | | | |
|---|---|---|---|
| **Individual/Business** | Individual | **Address 1** | 5756 Jillian Way |
| **First Name** | Jason | **Address 2** | |
| **Middle Name** | | **City** | Grand Prairie |
| **Last Name** | Stanford | **County** | Tarrant |
| **Age** | 50-59 | **State** | TX |
| **Doing Business As** | Rollin' Smoke at the Attache | **Zip/Postal Code** | 75052 |
| | | **Country** | United States |

| | |
|---|---|
| **Primary Phone** | (972) 809-7698 |
| **Extension** | |
| **Secondary Phone** | (214) 864-0538 |
| **Extension** | |

| | |
|---|---|
| **Email** | rollinsmoke24@gmail.com |

## Business'/Individual's Information Summary

| | | | |
|---|---|---|---|
| **Business/Individual** | Business | **Address 1** | 3021 W. Camp Wisdom Rd |
| **Business Name** | National Tire and Battery | **Address 2** | |
| | | **City** | Grand Prairie |
| **Phone** | | **County** | Tarrant |
| **Extension** | | **State** | TX |
| | | **Zip/Postal Code** | 75052 |
| | | **Country** | United States |

| | |
|---|---|
| **Website** | |
| **Email** | |

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Jason Stanford | Mavis Tire Express, Inc<br>TBC Retail Group d/b/a National Tire and Battery |

**(b)** County of Residence of First Listed Plaintiff   **Dallas County Texas**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Westchester, County, New York
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*
Travis J. Cox

RECEIVED
DEC - 7 2023

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
*(U.S. Government Not a Party)*

☐ 2 U.S. Government
Defendant

☒ 4 Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*   *and One Box for Defendant)*

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place<br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>  & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>  Student Loans<br>  (Excludes Veterans)<br>☐ 153 Recovery of Overpayment<br>  of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>  Liability<br>☐ 320 Assault, Libel &<br>  Slander<br>☐ 330 Federal Employers'<br>  Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>  Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>  Product Liability<br>☐ 360 Other Personal<br>  Injury<br>☐ 362 Personal Injury -<br>  Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury -<br>  Product Liability<br>☐ 367 Health Care/<br>  Pharmaceutical<br>  Personal Injury<br>  Product Liability<br>☐ 368 Asbestos Personal<br>  Injury Product<br>  Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☒ 380 Other Personal<br>  Property Damage<br>☐ 385 Property Damage<br>  Product Liability | ☐ 625 Drug Related Seizure<br>  of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>  28 USC 157<br>**INTELLECTUAL<br>PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated<br>  New Drug Application<br>☐ 840 Trademark<br>☐ 880 Defend Trade Secrets<br>  Act of 2016 | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC<br>  3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>  Corrupt Organizations<br>☐ 480 Consumer Credit<br>  (15 USC 1681 or 1692)<br>☐ 485 Telephone Consumer<br>  Protection Act<br>☐ 490 Cable/Sat TV |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>  Accommodations<br>☐ 445 Amer. w/Disabilities -<br>  Employment<br>☐ 446 Amer. w/Disabilities -<br>  Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate<br>  Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br>  Conditions of<br>  Confinement | ☐ 710 Fair Labor Standards<br>  Act<br>☐ 720 Labor/Management<br>  Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical<br>  Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement<br>  Income Security Act<br><br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration<br>  Actions | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>  or Defendant)<br>☐ 871 IRS—Third Party<br>  26 USC 7609 |   Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information<br>  Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure<br>  Act/Review or Appeal of<br>  Agency Decision<br>☐ 950 Constitutionality of<br>  State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
Another District
*(specify)*

☐ 6 Multidistrict
Litigation -
Transfer

☐ 8 Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
FEDERAL TRADE COMMISSION ACT § 5, UNIFORM DECEPTIVE TRADE PRACTICES ACT

Brief description of cause:
National retail 3rd party Auto repair services establishment violated UDTPA

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
$138,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____