IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JASON STANSFORD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00010-O-BP |
| | § | |
| TBC RETAIL GROUP, Inc., dba | § | |
| NATIONAL TIRE AND BATTERY, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.[1]

It is therefore **ORDERED** that the Agreed Motion to Dismiss with Prejudice (ECF No. 59) is **GRANTED** and Plaintiff's claims against Defendants are **DISMISSED with prejudice**.

**SO ORDERED** this **12th** day of **July, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] Because the parties jointly request dismissal, the Court exercises its discretion to accept the FCR prior to the end of the fourteen-day objection period.