IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **JASON STANFORD,** § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 4:24-cv-00010-O-BP |
| § | |
| **TBC RETAIL GROUP, Inc., dba** § **NATIONAL TIRE AND BATTERY,** § *et al.*, § § | |
| Defendants. § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Federal Rule of Civil Procedure 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Agreed Motion to Dismiss with Prejudice (ECF No. 59) is **GRANTED**.

2. Plaintiff's claims are **DISMISSED with prejudice**.

3. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring them.

4. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation, to the parties.

**SO ORDERED** on this **12th** day of **July, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**